UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

ALEXANDER STROSS,

                        Plaintiff,

       - against -

PREMIUM SOURCE INC.

                     Defendant.

Docket No. 1:19-cv-2496

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff Alexander Stross ("Stross" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Premium Source Inc. ("Premium Source" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of two copyrighted photographs of tiny homes, owned and registered by Stross, a professional photographer. Accordingly, Stross seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2.      This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.      This Court has personal jurisdiction over Defendant because Defendant transacts business in Colorado.

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.      Stross is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business.

6.      Upon information and belief, Premium Source is a domestic business corporation duly organized and existing under the laws of the State of Colorado, with a place of business at 7101 La Vista Place, Longmont, Colorado 80503. Upon information and belief, Premium Source is registered with the Colorado Department of Corporations to do business in Colorado. At all times material, hereto, Premium Source has owned and operated a website at the URL: www.TheRooster.com (the "Website").

## STATEMENT OF FACTS

**A.      Background and Plaintiff's Ownership of the Photographs**

7.      Stross photographed tiny homes (the "Photographs"). A true and correct copy of the Photographs is attached hereto as Exhibit A.

8.      Stross is the author of the Photographs and has at all times been the sole owner of all right, title and interest in and to the Photographs, including the copyright thereto.

10.     The Photographs were registered with the United States Copyright Office and were given registration number VAu 1-089-810.

**B.      Defendant's Infringing Activities**

11.     Premium Source ran an article on the Website entitled *Best friends build their own tiny neighborhood so they can live together*. See: https://therooster.com/blog/best-friends-build-their-own-tiny-neighborhood-so-they-can-live-together. A true and correct copy of the article and a screenshot of the Photographs on the Website are attached hereto as Exhibit B.

12.     Premium Source did not license the Photographs from Plaintiff for its article, nor did Premium Source have Plaintiff's permission or consent to publish the Photographs on its Website.

**<u>CLAIM FOR RELIEF</u>**
**<u>(COPYRIGHT INFRINGEMENT AGAINST PREMIUM)</u>**
**(17 U.S.C. §§ 106, 501)**

14.   Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

15.   Premium Source infringed Plaintiff's copyright in the Photographs by reproducing and publicly displaying the Photographs on the Website. Premium Source is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photographs.

16.     The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

17.     Upon information and belief, the foregoing acts of infringement by Premium Source have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

18.     As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

19.   Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photographs, pursuant to 17 U.S.C. § 504(c).

20.    Plaintiff further is entitled to his attorney's fees and full costs pursuant to 17 U.S.C. §

505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.    That Defendant Premium Source be adjudged to have infringed upon Plaintiff's

copyrights in the Photographs in violation of 17 U.S.C §§ 106 and 501;

2.    Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits,

gains or advantages of any kind attributable to Defendant's infringement of

Plaintiff's Photographs; or b) alternatively, statutory damages of up to $150,000

per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3.    That Defendant be required to account for all profits, income, receipts, or other

benefits derived by Defendant as a result of its unlawful conduct;

4.    That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to

17 U.S.C. § 505;

5.    That Plaintiff be awarded pre-judgment interest; and

6.    Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal

Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
       August 30, 2019

                                            LIEBOWITZ LAW FIRM, PLLC

                                            By: /s/Richard Liebowitz
                                                Richard P. Liebowitz
                                            11 Sunrise Plaza, Suite 305

Valley Stream, New York
Tel: 516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Alexander Stross*