# EXHIBIT B



ROOSTER

POLITICS    CULTURE    MUSIC    SEX    VICES    WOMEN    HAPPY HOUR    MAGAZINE    STORE    THE CLASSIC



## Best friends build their own tiny neighborhood so they can live together



CULTURE | JANUARY 22, 2016                                    BY ISABELLE KOHN

The worst part about growing up isn't assuming responsibility for your
cell phone bill or coming to the frightening realization that gravity does
actually affect you ... it's the fact that your friends all move away. Called
by the siren song of well-paying jobs and reproductive options, your
tight-knit little crew will inevitably disperse and spread to the furthest
corners of the country where they're impossible to visit without coming
upon a large enough sum of your neighbor's buried meth money or ...

cell phone bill or coming to the frightening realization that gravity does actually affect you ... it's the fact that your friends all move away. Called by the siren song of well-paying jobs and reproductive options, your tight-knit little crew will inevitably disperse and spread to the furthest corners of the country where they're impossible to visit without coming upon a large enough sum of your neighbor's buried meth money or ... something.

All you want is to live in the same city as their wonderful asses, to see their faces every day and get into trouble like you used to, but adulthood has made getting together for dinner or drinks with the people you care about most a once-a-year kind of thing. It's great to see them over Christmas, but damn it, you want more.

However, this is not the sad fate one group of Texas friends were willing to accept. Instead of moving away from each other like so many best friend groups do, they built themselves their own neighborhood of tiny houses so they could live together while maintaining their independence.



Eight BFFFF's (four couples) purchased ten acres of land outside of Austin, near the Llano River, creating what they call the "Llano Exit Strategy." Each couple has an identical house and plot of land to call their own, both of which have been designed by architect Matt Garcia to be as environmentally mindful as possible. In keeping up with the pragmatic minimalism of the "tiny house" ethos, each house is only 350 square feet and contains just a bedroom, bathroom and living room.

10030 W. 27TH AVE          1020 S BROADWAY
WHEAT RIDGE, CO              DENVER, CO

Db
DOUBLE BLACK
CONCENTRATES

## WHAT TO READ NEXT

VICES
**Puff, Puff, Blow: The weed Breathalyzer is**



(https://g.adspeed.net/ad.php?
do=clk&aid=484708&zid=45149&t=1567229834&auth=1d4510a3b79c04bbbb7fef7eedca40a9)



# Best friends build their own tiny neighborh they can live together

**CULTURE**   **JANUARY 22, 2016**

The worst part about growing up isn't assuming responsibility for your cell phone bill or figuring out that gravity *does* actually affect you ... it's the fact that your friend Called by the siren song of well-paying jobs and reproductive options, your tight-knit littl disperse and spread to the furthest corners of the country where they're impossible to vis upon a large enough sum of your neighbor's buried meth money or ... something.

All you want is to live in the same city as their wonderful asses, to see their faces every da trouble like you used to, but adulthood has made getting together for dinner or drinks wi care about most a once-a-year kind of thing. It's great to see them over Christmas, but dar

However, this is not the sad fate one group of Texas friends were willing to accept. Instea from each other like so many best friend groups do, they built themselves their own neigl houses so they could live together while maintaining their independence.



Eight BFFFFFs (four couples) purchased ten acres of land outside of Austin, near the Llan what they call the "Llano Exit Strategy." Each couple has an identical house and plot of la both of which have been designed by architect Matt Garcia to be as environmentally min keeping up with the pragmatic minimalism of the "tiny house" ethos, each house is only 3 contains just a bedroom, bathroom and living room.

A huge kitchen and a larger social space exists within a fifth, much larger 1,500 square fo

couple, with a few extra beds in case any lucky visitors happen to show. The cabin has tw

one has to fight over dirty dishes, as well as a porch, picnic tables, and a bunch of nice fu

friends on.



How did this idyllic wonderland come about? As Mental Floss (http://mentalfloss.com/art

friends-build-own-private-neighborhood-be-together-forever) reports, "They 'had been h

escape from the ever-growing buzz of Austin, a place to ride their bikes, reconnect with r

and the riverfront location checks all those boxes.They've made sure to respect their natu

working with the arid local climate, rather than against it: the homes' sloped butterfly-sty…
…w.t. ı̇ for r…ɪ̇ around the compound, while metal siding and good insulation both …
glaring summer sun while preserving indoor warmth during cooler months."



Considering you can build a pretty functional tiny home for anywhere between $8K and …
theoretically be easy to save up with your crew and put some money down on a little hoo…
could live happily ever after. Think of all the money you'd save on travel to and from wh…
they now live on.

Of course there's always the risk of a venture like this turning into a tiny, beautifully deco…
that happens ... sleep over at our tiny house.







# RELATED ARTICLES



**CULTURE**

**Meet Denver's pro-bono Reddit P.I. who solved the infamous "milkman mystery"**
(/blog/meet-the-pro-bono-reddit-pi-who-boldly-solved-rdenver%E2%80%99s-thrilling-%E2%80%9Cmilkr
mystery%E2%80%9D)



## CULTURE

**Creator of "Storm Area 51" approached by FBI agents after the event mysteriousl**

(/blog/creator-of-%E2%80%9Cstorm-area-51%E2%80%9D-approached-by-fbi-agents-after-the-event%E
removal)



## THINGS TO DO

**28 of the most glorious things to do in September, in Colorado**

(/blog/20-things-to-do-in-september)



# TIME



### BUSINESS

# Millennials Kill Again. The Latest Victim? American Cheese

### CULTURE

## 15 Stupid times millennials were blamed for killing an industry

(/blog/millennials-are-killing%E2%80%A6-everything-apparently-here-are-their-latest-victims)

## TRENDING AROUND THE WEB

### Do This Immediately if You Have Diabetes (Watch)

(https://trends.revcontent.com/click.php?
d=E12FaZbBqBONAETwDm%2BgLtXKK%2F...)

### Toenail Fungus Gone if You Do This (Before Bed)

(https://trends.revcontent.com/click.php?
d=pWfw%2BpM79SMfAdrGYGFBJE&uBw%2...)

### Think Dental Im Expensive? Thi Prices)

d=Y%2BkifZ4%2...

### Remember Heidi Klum's Daughter? Take A Deep Breath Before You See How She Looks

### If You Have Diabetes, Do This Immediately (Watch Video)

### 29 Perfectly Ti That Pretty Mu Internet

(https://trends.revcontent.com/click.php?
d=a%2BhYEMxPBVo9oWGXpKkEGqv2CJEntVVZ4psiDrlz2Ol...
BHFQF32UERbo%2B4HB%2Bq%2BnYPHAC8...

(https://trends.rev...



(https://g.adspeed.net/ad.php?

do=clk&aid=435921&zid=44200&t=1567229834&auth=2f8e3b9306d7c73dc3b5a04efadb79d5)



[(https://g.adspeed.net/ad.php?](https://g.adspeed.net/ad.php?)
do=clk&aid=469295&zid=44201&t=1567229834&auth=44012ba2865e189bff4fba856d6c3857)

# WHAT TO READ NEXT



VICES

## Puff, Puff, Blow: The weed Breathalyzer is coming SOON - stoners beware

(/blog/puff-puff-blow-weed-breathalyzers-are-coming-soon-and-stoney-drivers-should-take-heed)

**ROOSTER** (/)



**CULTURE**

## WTF is the "Intellectual Dark Web," how does Joe Rogan fit int do some say it's dangerous?

(/blog/wtf-is-the-%E2%80%9Cintellectual-dark-web%E2%80%9D-how-does-joe-rogan-fit-into-it-and-wh it%E2%80%99s-dangerous)

# ROOSTER



**VICES**

## Fizz Fight: The world's first hard seltzer fest is going down in D tickets are already selling out

(/blog/fizz-fight-the-world%E2%80%99s-first-hard-seltzer-fest-is-going-down-in-denver-and-tickets-are-a



**CULTURE**

## Finally, Denver kicks e-scooters to the street — but will that really solve anything?

(/blog/finally-denver-kicks-e-scooters-to-the-street-%E2%80%94-but-will-that-really-solve-anything)



ROOSTER

## CULTURE

# Stapleton, Co is named after Denver KKK Mayor (apparently), and residents are fighting over renaming it

(/blog/stapleton-co-is-named-after-denver-kkk-mayor-apparently-and-now-residents-are-fighting-over-rena

# FOLLOW US ON...



Rooster Magazine
10,919 likes

MAGAZINE

| Like Page | Send Message |
| --- | --- |

Be the first of your friends to like this



Follow @roostermagazine

(https://instagram.com/roostermag?
ref=badge)



ROOSTER *(l)* (https://g.adspeed.net/ad.php?

do=clk&aid=492113&zid=44289&t=1567229835&auth=57b0881705661f20499ef82f77df662e)

# WHAT'S GOING ON NOW

### Do This Immediately if You Have Diabetes (Watch)

(https://trends.revcontent.com/click.php?
d=oIjJlLa44da4yTFY%2BvafudolFaifUb7uqIbRZ8mnxfHU0DiS0L3wMFXE%2Bvck87Qgd%2Fq53ZfYqaoJ

### Toenail Fungus Gone if You Do This (Simple!)

(https://trends.revcontent.com/click.php?

l=1g17i2B P {N i5 3Q9pAs44TLwmImOUQFrtDIRPHR%2FyLn1r1gO7T8r5VddgbiLFzrwScqFh2SYOrJ
:t/)

**Remember Heidi Klum's Daughter? Take A Deep Breath Before You See How She Looks**

(https://trends.revcontent.com/click.php?

d=ocsBkNNgBjVMIkDBtZY1SlozjWbO2REEWYOv%2FkKlFFOwa4gJpv3TkRUKMS8i5oJAJBXiVde%2FpM

**Enter A Name, Wait 9 Seconds, Brace Yourself**

(https://trends.revcontent.com/click.php?

d=9zISpmBPG0M%2FQJnL%2B5knYKwLIDK2MRLrvvccfACJFIETIsPSUeHhVt5HCNUZoAMfa1jreU48ov8

# ROOSTER TV VIDEOS



**ROOSTER TV**

## RoosterTV: We explore the story of Icelantic Skis founder Ben A

(/blog/roostertv-we-explore-story-icelantic-skis-founder-ben-anderson)



**WOMEN**

## Rooster TV: Double Take with this month's Rooster Girl Carleen

(/blog/rooster-tv-double-take-months-rooster-girl-carleen)

 (https://g.adspeed.net/ad.php?

do=clk&aid=352894&zid=60942&t=1567229837&auth=85493d2aab93a92957df2d4be96441b6)

## ABOUT ROOSTER (/PAGE/ABOUT)

Contact Us (/page/about#contact)

Careers (/page/about#careers)

Privacy Policy (/page/about#privacy)

Terms & Conditions (/page/about#terms)

Advertise (/page/about#advertising)

Site XML (/sitemap.xml)

## THE MAGAZINE (/PAGE/ABOUT#RENEW)

Renew Subscription
(https://store.therooster.com/subscription/magazine-subscription#renew)

Give a Gift
(https://store.therooster.com/subscription/magazine-subscription#give)

Subscribe
(https://store.therooster.com/subscription/magazine-subscription#subscribe)

Customer Service
(https://store.therooster.com/customer-service#customer)

## SUBMIT (/FORM

Submit Images (/form/

Submit a Tip (/form/su

Model Submission (/fo

Submit an Article (/for

Copyright ©2007-2019 Rooster Magazine

f (https://facebook.com/roostermagazine)  🐦 (https://twitter.com/roostermagazine)  ⊡ (https://ins

(https://youtube.com/channel/UC