UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

ALEXANDER STROSS,
Plaintiff

v.

PREMIUM SOURCE INC.
Defendant

Docket No. 1-19-cv-2496

## AFFIDAVIT OF MADELEINE DAVIES

1. I work for Rooster Magazine, a d/b/a for Premium Source Inc.

2. I am a Senior Account Executive for Rooster Magazine.

3. My job is to sell ads and manage advertisers working with Rooster Magazine.

4. I am not an officer, a managing or general agent, or any other agent authorized by appointment or law to receive service of process for Premium Source Inc.

5. On September 16, 2019 a man identifying himself as Andrew Scott walked into our office and handed me what he said were "court documents." He did not describe the contents of the documents.

6. Mr. Scott requested my card and I provided it to him.

7. Our interaction was very brief. Mr. Scott left immediately after I handed him my card.

Further affiant saith not.

Signed: _____
Madeleine Davies, Affiant

**STATE OF COLORADO**  )
                       ) ss.
**County of Boulder**  )

Subscribed and sworn to me this 11th day of October 2019 by Madeleine Davies, an individual.

Witness my hand and official seal.

```
Tonya Phillips
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20084027766
MY COMMISSION EXPIRES    August 11, 2020
```

My Commission expires: 8/11/2020

/s/ Tonya Phillips
Notary Public