About Secretary Griswold  |  Español

# Summary

| Details | | | |
|---|---|---|---|
| **Name** | Premium Source Inc | | |
| **Status** | Good Standing | **Formation date** | 03/08/2007 |
| **ID number** | 20071120080 | **Form** | Corporation |
| **Periodic report month** | January | **Jurisdiction** | Colorado |
| **Principal office street address** | 7101 LaVista Place #200, Niwot, CO 80503, CO, United States | | |
| **Principal office mailing address** | 7101 LaVista Place #200, Niwot, CO 80301, CO, United States | | |

| Registered Agent | |
|---|---|
| **Name** | Simon Mark Berger |
| **Street address** | 7101 LaVista Place #200, Niwot, CO 80503, United States |
| **Mailing address** | 7101 LaVista Place #200, Niwot, CO 80503, United States |

**For this Record...**
Filing history and documents
Trade names
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

Filing history and documents

Trade names

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Back

Terms & conditions | Browser compatibility