UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| ALEXANDER STROSS,<br>Plaintiff<br><br>v.<br><br>PREMIUM SOURCE INC.<br>Defendant | Docket No. 1-19-cv-2496 |

## [Proposed] ORDER GRANTING MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(5) OR TO QUASH SERVICE

THE COURT, being fully informed in the facts and law herein, finds and orders as follows:

Plaintiff has not filed an affidavit of service in this matter. Service of process under Rule 4 of the Federal Rules of Civil Procedure "provides the mechanism by which a court having venue and jurisdiction over the subject matter of an action asserts jurisdiction over the person of the party served." *Okla. Radio Assocs. v. FDIC*, 969 F.2d 940, 943 (10th Cir. 1992). "[P]laintiff bears the burden of making a prima facie case that [he or she] has satisfied statutory and due process requirements so as to permit the court to exercise personal jurisdiction over the defendant." *Allen v. United Properties & Const.*, No. 07-cv-00214-LTB-CBS, 2008 WL 4080035, at *9 (D. Colo. Sept. 3, 2008) (citation omitted).

A case may be dismissed pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure for insufficient service of process. *See Jenkins v. City of Topeka*, 136 F.3d 1274, 1275 (10th Cir. 1998) ("[e]ffectuation of service is a precondition to suit"); *see also Mayers v. Pfizer, Inc.*, No. 13-cv-01508-WJM-CBS, 2014 WL 1598723, at *2 (D. Colo. April 21, 2014) ("Rule 12(b)(5) motion

1

challenges the mode of delivery or the lack of delivery of the summons and complaint."). While a case may be dismissed for improper service, the court may also "quash the process without dismissing the action and give the plaintiff an opportunity to re-serve the defendant." *Savard v. JP Morgan Chase Bank, N.A.*, No. 09-cv-2108-WDM-MJW, 2010 WL2802543, at *2 (D. Colo. July 14, 2010) (citation omitted).

Plaintiff's counsel provided a copy of an affidavit of service to Defendant on October 8, 2019. That affidavit of service does not evidence that proper service was made. Accordingly, the Court hereby:

☐ Dismisses this matter pursuant to Fed. R. Civ. P. 12(b)(5)

☐ Quashes the affidavit of service and ORDERS Plaintiff to serve Defendant Premium Source.

IT IS SO ORDERED this _____ Day of _____ 2019

By:_____
Scott T. Varholak
Magistrate Judge