| UNITED STATES DISTRICT COURT<br>DISTRICT OF COLORADO | |
|---|---|
| Plaintiff/Petitioner(s): ALEXANDER STROSS<br>v.<br>Defendant/Respondent(s): PREMIUM SOURCE INC. | ▲ COURT USE ONLY ▲<br>Case Number:<br>1:19-cv-02496-STV |

## AFFIDAVIT OF SERVICE

I declare under oath that I am 18 years or older and not a party to the action and that I served THE FOLLOWING DOCUMENTS
SUMMONS IN A CIVIL ACTION;
CIVIL COVER SHEET;
COMPLAINT;
EXHIBIT A;
EXHIBIT B;

on the Defendant/Respondent in BROOMFIELD COUNTY, CO (name of County/State) on 10/19/2019 at 3:41 PM (time) at the following location: 17464 OLIVE STREET, BROOMFIELD, COLORADO 80023.

☐ By handing the documents to a person identified to me as the Defendant/Respondent: _____.

☐ By identifying the documents, offering to deliver them to a person identified to me as the Defendant/Respondent who refused service, and then leaving the documents in a conspicuous place.

☐ By leaving the documents at the Defendant/Respondent's usual place of abode with _____ who is a member of the Defendant/Respondent's family and whose age is 18 years or older. (_____)

☐ By leaving the documents at the Defendant/Respondent's usual workplace with _____ who is the Defendant/Respondent's _____.

☒ By leaving the documents with SIMON MARK BERGER, who as REGISTERED AGENT (title) is authorized by appointment or by law to receive service of process for the Defendant/Respondent.

I am a ☐ Sheriff ☒ Private Process Server and disclose that I charged the following fees for my services $ 80.00.

### VERIFICATION AND ACKNOWLEDGMENT

I ANDREW SCOTT (name) swear/affirm under oath, that I have read the foregoing AFFIDAVIT OF SERVICE and that the statements set forth therein are true and correct to the best of my knowledge.

ANDREW SCOTT
Printed name

Signature

10/20/2019
Date

Subscribed and affirmed, or sworn to before me in the County of EL PASO, State of Colorado, this 20TH day of OCTOBER, 2019. My Commission Expires: 5/12/21.

Notary Public

COURTNEY D MCMILLEN
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20174020404
MY COMMISSION EXPIRES MAY 12, 2021

AFFIDAVIT OF SERVICE