## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02496-STV

ALEXANDER STROSS, an individual,

       Plaintiff,

v.

PREMIUM SOURCE INC., a Colorado corporation

       Defendants.

---

### DEFENDANT PREMIUM SOURCE INC.'S ANSWER TO THE COMPLAINT

---

Defendant Premium Source Inc. ("Premium Source"), by and through its undersigned counsel, answers Plaintiff Alexander Stross's ("Plaintiff") Complaint as follows:

### NATURE OF THE ACTION

1.    Plaintiff's statement regarding the nature of the action is not a factual allegation requiring a response. To the extent the statement may be read as requiring a response, Premium Source states that it is without sufficient knowledge or information or admit or deny the allegations regarding Plaintiff's basis for filing this action and what damages Plaintiff is seeking.

### JURISDICTION AND VENUE

2.    Premium Source admits that this Court has subject matter jurisdiction over claims arising under the Copyright Act, 17 U.S.C. § 101 *et seq*.

3.    Premium Source admits that it transacts business in Colorado.

1

4.      Premium Source admits venue is proper.

**PARTIES**

5.      Premium Source is without sufficient knowledge or information to admit or deny the truth of the allegations in Paragraph 5 of the Complaint.

6.      Premium Source admits that it is a domestic business corporation duly organized and existing under the laws of the State of Colorado. Premium Source is a registered corporation in good standing with the Colorado Secretary of State with a principal address of 7101 LaVista Place #200, Niwot, Colorado 80503. Premium Source admits that it owns www.therooster.com.

**STATEMENT OF FACTS**

A.      **Background and Plaintiff's Ownership of the Photographs**

7.      Premium Source is without sufficient knowledge or information to admit or deny the truth of the allegations in Paragraphs 7 through 10 of the Complaint.

B.      **Defendant's Allegedly Infringing Activities**

8.      Premium Source admits that Rooster Magazine ran an article titled "Best Friends Build Their Own Tiny Neighborhood So They Can Live Together" on or about January 22, 2016 on www.therooster.com. The link provided by Plaintiff is defunct, and Premium Source is without sufficient knowledge or information to admit or deny the truth of the allegation that the article was run on http://www.therooster.com/blog/best-friends-build-their-own-tiny-neighborhood-so-they-can-live-together or that Exhibit B is a true and correct copy of the article. All allegations in Paragraph 11 of the Complaint not expressly admitted are denied.

9. In response to the allegations contained in Paragraph 12 of the Complaint, Premium Source states that the employee at Rooster Magazine responsible for posting the article on www.therooster.com reposted the article from another website and believed that all material therein was properly licensed for reposting. Premium Source admits that it did not have direct contact with Alexander Stross regarding the photographs that are attached to the Complaint. All allegations in Paragraph 12 of the Complaint not expressly admitted are denied.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST PREMIUM)**
**(17 U.S.C. §§ 106, 501)**

10. Defendant incorporates by reference its responses to Paragraphs 1-12 of the Complaint.

11. Paragraph 15 of the Complaint makes legal conclusions which do not require a response. To the extent it is necessary to respond to any part of Paragraph 15 of the Complaint, Premium Source denies all allegations therein.

12. Paragraph 16 of the Complaint makes a legal conclusion which does not require a response. To the extent it is necessary to respond to any part of Paragraph 16 of the Complaint, Premium Source denies all allegations therein.

13. Premium Source denies the allegations contained in Paragraph 17 of the Complaint.

14. Paragraph 18 of the Complaint makes legal conclusions which do not require a response. To the extent it is necessary to respond to any part of Paragraph 18 of the Complaint, Premium Source denies all allegations therein.

15.    Paragraph 19 of the Complaint makes legal conclusions which do not require a response. To the extent it is necessary to respond to any part of Paragraph 19 of the Complaint, Premium Source denies all allegations therein.

16.    Paragraph 20 of the Complaint makes legal conclusions which do not require a response. To the extent it is necessary to respond to any part of Paragraph 20 of the Complaint, Premium Source denies all allegations therein.

*Premium Source denies any and all allegations not expressly admitted above.*

## PRAYER FOR RELIEF

17.    Premium Source denies that Plaintiff is entitled to the relief requested in the Complaint or to any other relief.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

1.    The Complaint fails to make a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE
### (Statute of Limitations)

2.    Plaintiff's claim is based on an article published on January 22, 2016. The Complaint was not filed until August 30, 2019 and is time barred by the three-year statute of limitations in 17 U.S.C. § 507(b).

### THIRD AFFIRMATIVE DEFENSE
### (Fair Use)

3. The alleged use of any copyrighted works was fair use under 17 U.S.C. § 107.

### FOURTH AFFIRMATIVE DEFENSE
**(Laches)**

4. Plaintiff failed to file a claim or notify Premium Source of the alleged infringement within a reasonable period of time and such unreasonable delay has resulted in prejudice to Premium Source.

### FIFTH AFFIRMATIVE DEFENSE
**(Equitable Estoppel)**

5. Plaintiff's claim herein is barred by the doctrine of equitable estoppel.

### RESERVATION OF RIGHTS

Premium Source reserves the right to assert additional affirmative defenses based upon further investigation and discovery.

Dated this 8th day of November 2019.

RESPECTFULLY SUBMITTED BY:

HOWARD O. BERNSTEIN, P.C.

*s/ Howard O. Bernstein, Esq.*
Howard O. Bernstein, Atty. No. 24476
Amber J. Reed, Atty. No. 39265
Elise M. Aiken, Atty. No. 43831
1111 Pearl Street, Ste. 203
Boulder, Colorado 80302
Telephone: (303) 494-3321
Howard@bernsteinattorney.com
Amber@bernsteinattorney.com
Elise@bernsteinattorney.com

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that as attorney Richard Liebowitz has been administratively removed from the court's attorney rule and therefore it is not clear whether he can be served electronically, a copy of the foregoing **DEFENDANT PREMIUM SOURCE INC.'S ANSWER TO THE COMPLAINT** was sent via U.S.P.S. First Class Mail to the following on this 8th day of November 2019:

Attorney for Plaintiff:

Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580

/s/ Tonya Phillips