UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

ALEXANDER STROSS,

                               Plaintiff,

- against -

PREMIUM SOURCE INC.

                               Defendant.

Case No. 1:19-cv-2496 (WJM-STV)

## **NOTICE OF ATTORNEY SANCTION**

In compliance with the order of Magistrate Judge N. Reid Neureiter, dated May 11, 2020 [Dkt. #51] (the "Sanctions Order") in the matter of *Mondragon v. Nosrak, LLC et al.*, 19-cv-1437 (CMA-NRN), I hereby attach a true and correct copy of the Sanctions Order as Exhibit A.

Respectfully submitted,

LIEBOWITZ LAW FIRM, PLLC

**/richardliebowitz/**
Richard Liebowitz, Esq.
11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
RL@LiebowitzLawFirm.com

*Counsel for Plaintiff*