UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| ALEXANDER STROSS,<br><br>          Plaintiff,<br><br> - against -<br><br>PREMIUM SOURCE INC.<br><br>          Defendant. | Docket No. 1:19-cv-2496-WJM-STV<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Richard Liebowitz hereby withdraws as counsel for Plaintiff pursuant to order dated June 11, 2020.

/s/richardliebowitz/
Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
516-233-1660
RL@LiebowitzLawFirm.com