# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02496-WJM-STV

ALEXANDER STROSS, an individual,

    Plaintiff,

v.

PREMIUM SOURCE INC., a Colorado corporation

    Defendant.

---

## DEFENDANT PREMIUM SOURCE INC.'S UNOPPOSED MOTION TO WITHDRAW MOTION FOR SANCTIONS PURSUANT TO FED.R.CIV.P. RULE 11

---

    Defendant, Premium Source Inc. ("Premium Source"), submits the following Unopposed Motion to Withdraw its Motion for Sanctions Pursuant to Fed.R.Civ.P. Rule 11, and in support thereof states as follows:

    The parties have resolved the issues presented in the Motion for Sanctions Pursuant to Rule 11. Accordingly, Defendant wishes to withdraw that Motion. The parties have conferred regarding this Motion to Withdraw the Motion for Sanction and Plaintiff does not oppose the relief requested herein**.**

    Dated this 22th of July 2020.

                                  RESPECTFULLY SUBMITTED BY:
                                  HOWARD O. BERNSTEIN, P.C.

                                  *s/ Elise M. Aiken, Esq.*
                                  Howard O. Bernstein, Atty. No. 24476
                                  Elise M. Aiken, Atty. No. 43831

1111 Pearl Street, Ste. 203
Boulder, Colorado 80302
Telephone: (303) 494-3321
Howard@bernsteinattorney.com
Elise@bernsteinattorney.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a copy of the foregoing **DEFENDANT PREMIUM SOURCE INC.'S UNOPPOSED MOTION TO WITHDRAW THE MOTION FOR SANCTIONS PURSUANT TO FED.R.CIV.PRO. 11** was served to all attorneys of record, listed below, via email to undersigned counsel on this 22th day of July 2020.

Attorney for Plaintiff:

Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
RL@liebowitzlawfirm.com

/s/ *Elise M. Aiken*