IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02496-STV

ALEXANDER STROSS, an individual,

    Plaintiff,

v.

PREMIUM SOURCE INC., a Colorado corporation

    Defendants.

---

**[PROPOSED] ORDER GRANTING DEFENDANT PREMIUM SOURCE INC.'S MOTION TO ENFORCE THE PARTIES' SETTLEMENT AGREEMENT**

---

THE COURT, being fully informed in the facts and law herein, finds and orders as follows:

1) The Parties entered into an enforceable settlement agreement; or

2) Premium Source's January 21, 2020 Motion to Dismiss shall be reinstated and the court will rule on the merits of that Motion which was fully briefed on February 11, 2020.

IT IS SO ORDERED this _____ Day of _____ 2020

                                                    By:_____
                                                    Scott T. Varholak
                                                    Magistrate Judge