**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02496-WJM-STV

ALEXANDER STROSS, an individual,

       Plaintiff,

v.

PREMIUM SOURCE INC., a Colorado corporation

       Defendant.

---

**OFFER OF JUDGMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 68**

---

Defendant Premium Source Inc., hereby offers to allow entry of judgment pursuant to Fed.R.Civ.P. 68 against it and in favor of Plaintiff Alexander Stross on his claim of Copyright Infringement in the amount of $1,501.00 (one thousand five hundred and one dollars), inclusive of costs now accrued, attorney fees, pre-judgment interest, or any other damages Plaintiff could claim under the Copyright Act, 17 U.S.C. §§101-801. $1,501.00 shall be the total amount to be paid by Defendant on account of any liability claimed in this action, including all actual or statutory damages of any kind, pre-judgment interest, and all costs, expenses and attorney fees which might be otherwise recoverable in this action by Plaintiff.

This offer must be accepted within 14 days of service. Acceptance must be made via written notice served on Defendant's undersigned counsel. The offer will be considered withdrawn if a

1

written acceptance is not received within 14 days of service. If Plaintiff does not accept this offer, he may become obligated to pay Defendant's costs incurred after making this offer.

This offer is made solely for the purpose of compromising a disputed claim pursuant to Fed. R. Civ. P. 68 and is not an admission of liability by Defendant. This offer of judgment is intended to resolve all Plaintiff's claims in this action, including without limitation any and all claims for compensatory damages, statutory damages, attorneys' fees, litigation expenses and costs, and Plaintiff acknowledges that fact by accepting this offer.

Dated this 23rd of April 2020.

HOWARD O. BERNSTEIN, P.C.

*s/ Elise M. Aiken, Esq.*
Howard O. Bernstein, Atty. No. 24476
Elise M. Aiken, Atty. No. 43831
1111 Pearl Street, Ste. 203
Boulder, Colorado 80302
Telephone: (303) 494-3321
Howard@bernsteinattorney.com
Elise@bernsteinattorney.com

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing **OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** was served to all attorneys of record, listed below, via email this 23rd day of April 2020:

Attorney for Plaintiff:

Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580

/s/ *Elise M. Aiken, Esq.*