# Elise Aiken

| | |
|---|---|
| **From:** | Elise Aiken |
| **Sent:** | Tuesday, June 2, 2020 5:09 PM |
| **To:** | Richard Liebowitz |
| **Cc:** | Howard Bernstein; Tonya Phillips |
| **Subject:** | Stross v. Premium Source |

Richard:

My client agrees to settle for $1,500.00.  Please provide us payment information, the appropriate tax forms for your firm, and a draft settlement agreement as soon as possible.  We would like to wrap this matter up this week in consideration for not pursuing the Rule 11 Motion.

Best,
Elise

*Elise M. Aiken, Esq.*
**Howard O. Bernstein, P.C.**
1111 Pearl Street, Ste. 203
Boulder, CO 80302
303-494-3321 Phone
303-544-5955 Fax
www.bernsteinattorney.com

This electronic message transmission, including any attached files, contains information which may be confidential and/or legally privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any review, disclosure, copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify the sender immediately by telephone (303) 494-3321 or by a "reply to sender only" message and destroy all electronic and hard copies of the communication, including attachments, without reading or saving in any manner.