# Elise Aiken

| | |
|---|---|
| **From:** | Richard Liebowitz <rl@liebowitzlawfirm.com> |
| **Sent:** | Wednesday, June 3, 2020 12:15 PM |
| **To:** | Elise Aiken |
| **Cc:** | Howard Bernstein; Tonya Phillips |
| **Subject:** | Re: Activity in Case 1:19-cv-02496-WJM-STV Stross v. Premium Source Inc. |
| **Attachments:** | Stross v. Premium Source- Settlement Agreement.docx |

Hi Elise,

Please see the attached agreement. I am going to respond to the Court, and it will be sorted out. Thank you.

Best,

Richard Liebowitz
Liebowitz Law Firm, PLLC
516-233-1660
www.LiebowitzLawFirm.com


On Wed, Jun 3, 2020 at 1:27 PM Elise Aiken <elise@bernsteinattorney.com> wrote:
> Richard:
>
> Please let us know how you intend to proceed now that you are not authorized to continue practicing in the District Court for Colorado.
>
> Best,
> Elise
>
> Get Outlook for iOS
>
> ---
>
> **From:** COD_ENotice@cod.uscourts.gov <COD_ENotice@cod.uscourts.gov>
> **Sent:** Wednesday, June 3, 2020 9:18:35 AM
> **To:** COD_ENotice@cod.uscourts.gov <COD_ENotice@cod.uscourts.gov>
> **Subject:** Activity in Case 1:19-cv-02496-WJM-STV Stross v. Premium Source Inc.
>
>
> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
> **\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.
>
> **U.S. District Court - District of Colorado**
>
> **District of Colorado**

**Notice of Electronic Filing**

The following transaction was entered on 6/3/2020 at 9:18 AM MDT and filed on 6/3/2020
**Case Name:**      Stross v. Premium Source Inc.
**Case Number:**    1:19-cv-02496-WJM-STV
**Filer:**
**Document Number:** 37(No document attached)

**Docket Text:**
**ADVISORY NOTICE TO ATTORNEY AND COURT: An Order of Disbarment was entered against RICHARD P. LIEBOWITZ by the Northern District of California. Under D.C.COLO.LAttyR 3(c), the clerk of this court shall make a notation in the court record of such lack of good standing and hereby informs counsel and the court of counsels ineligibility to practice before the court. (Text Only Entry) (mfred)**


**1:19-cv-02496-WJM-STV Notice has been electronically mailed to:**

Howard Owen Bernstein     howard@bernsteinattorney.com, admin@bernsteinattorney.com, tonya@bernsteinattorney.com

Richard P. Liebowitz     RL@LiebowitzLawFirm.com, RichardPLiebowitz@gmail.com

Elise Margaret Aiken     elise@bernsteinattorney.com, emaiken@gmail.com

**1:19-cv-02496-WJM-STV Notice has been mailed by the filer to:**