# Elise Aiken

| | |
|---|---|
| **From:** | Elise Aiken |
| **Sent:** | Monday, June 8, 2020 10:06 AM |
| **To:** | Richard Liebowitz |
| **Cc:** | Howard Bernstein; Tonya Phillips |
| **Subject:** | RE: Activity in Case 1:19-cv-02496-WJM-STV Stross v. Premium Source Inc. |

Richard:

What is the status of your registration with the court? I called them and they said that you are currently not able to file anything so currently there is no way to dismiss this action. Until we can do that we cannot resolve this matter.

Best,
Elise

*Elise M. Aiken, Esq.*
**Howard O. Bernstein, P.C.**
1111 Pearl Street, Ste. 203
Boulder, CO 80302
303-494-3321 Phone
303-544-5955 Fax
www.bernsteinattorney.com

This electronic message transmission, including any attached files, contains information which may be confidential and/or legally privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any review, disclosure, copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify the sender immediately by telephone (303) 494-3321 or by a "reply to sender only" message and destroy all electronic and hard copies of the communication, including attachments, without reading or saving in any manner.

---

**From:** Richard Liebowitz <rl@liebowitzlawfirm.com>
**Sent:** Sunday, June 7, 2020 11:44 PM
**To:** Elise Aiken <elise@bernsteinattorney.com>
**Cc:** Howard Bernstein <howard@bernsteinattorney.com>; Tonya Phillips <tonya@bernsteinattorney.com>
**Subject:** Re: Activity in Case 1:19-cv-02496-WJM-STV Stross v. Premium Source Inc.

Hi Elise,

Following up on the settlement agreement. My client accepted your offer to settle for $1,500. Thank you.

Best,

Richard Liebowitz
Liebowitz Law Firm, PLLC
516-233-1660
www.LiebowitzLawFirm.com

On Wed, Jun 3, 2020 at 2:22 PM Richard Liebowitz <RL@liebowitzlawfirm.com> wrote:

1

Hi Elise,

The Court did not say I am not able to represent my client in this case, it was a simple advisory notice, which will be fix, as soon as possible. Thank you.

Best,

Richard Liebowitz
Liebowitz Law Firm, PLLC
516-233-1660
www.LiebowitzLawFirm.com

On Wed, Jun 3, 2020 at 2:20 PM Elise Aiken <elise@bernsteinattorney.com> wrote:

> Richard:
>
> My client cannot pursue settlement with you while you are not authorized to represent your client in court. I will discuss with my client, but am likely going to file the Rule 11 motion we conferred about this week as we are not able to resolve this case with you.
>
> If you have legal authority to suggest that the court will somehow change its mind, feel free to send it to me. This is the second time they have found you to be out of compliance with the rules governing the District of Colorado.
>
> Best,
> Elise
>
> Get Outlook for iOS
>
> ---
>
> **From:** Richard Liebowitz <rl@liebowitzlawfirm.com>
> **Sent:** Wednesday, June 3, 2020 12:14:37 PM
> **To:** Elise Aiken <elise@bernsteinattorney.com>
> **Cc:** Howard Bernstein <howard@bernsteinattorney.com>; Tonya Phillips <tonya@bernsteinattorney.com>
> **Subject:** Re: Activity in Case 1:19-cv-02496-WJM-STV Stross v. Premium Source Inc.
>
> Hi Elise,
>
> Please see the attached agreement. I am going to respond to the Court, and it will be sorted out. Thank you.
>
> Best,
>
> Richard Liebowitz
> Liebowitz Law Firm, PLLC
> 516-233-1660
> www.LiebowitzLawFirm.com
>
> On Wed, Jun 3, 2020 at 1:27 PM Elise Aiken <elise@bernsteinattorney.com> wrote:
>> Richard:

2

Please let us know how you intend to proceed now that you are not authorized to continue practicing in the District Court for Colorado.

Best,
Elise

Get Outlook for iOS

---

**From:** COD_ENotice@cod.uscourts.gov <COD_ENotice@cod.uscourts.gov>
**Sent:** Wednesday, June 3, 2020 9:18:35 AM
**To:** COD_ENotice@cod.uscourts.gov <COD_ENotice@cod.uscourts.gov>
**Subject:** Activity in Case 1:19-cv-02496-WJM-STV Stross v. Premium Source Inc.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court - District of Colorado

District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 6/3/2020 at 9:18 AM MDT and filed on 6/3/2020

**Case Name:** Stross v. Premium Source Inc.
**Case Number:** 1:19-cv-02496-WJM-STV
**Filer:**
**Document Number:** 37(No document attached)

**Docket Text:**
**ADVISORY NOTICE TO ATTORNEY AND COURT: An Order of Disbarment was entered against RICHARD P. LIEBOWITZ by the Northern District of California. Under D.C.COLO.LAttyR 3(c), the clerk of this court shall make a notation in the court record of such lack of good standing and hereby informs counsel and the court of counsels ineligibility to practice before the court. (Text Only Entry) (mfred)**

**1:19-cv-02496-WJM-STV Notice has been electronically mailed to:**

Howard Owen Bernstein     howard@bernsteinattorney.com, admin@bernsteinattorney.com, tonya@bernsteinattorney.com

Richard P. Liebowitz     RL@LiebowitzLawFirm.com, RichardPLiebowitz@gmail.com

Elise Margaret Aiken     elise@bernsteinattorney.com, emaiken@gmail.com

3

**1:19-cv-02496-WJM-STV Notice has been mailed by the filer to:**

4