# Elise Aiken

| | |
|---|---|
| **From:** | Craig Sanders (BS) <csanders@barshaysanders.com> |
| **Sent:** | Wednesday, July 1, 2020 9:51 AM |
| **To:** | Elise Aiken |
| **Cc:** | Howard Bernstein; Tonya Phillips |
| **Subject:** | RE: Stross v. Premium Source |

Elise –

Let's divide the issues please.  As far as the settlement, I have authority to agree to the $1500 offer.  I understand you will need to review the proposed settlement agreement but I would like to get a continuance on the MTD and/or file a notice of settlement. Please let me know.

With regard to your Rule 11 motion, I would like to get an extension on Plaintiff's opposition papers.  Since your motion asks for sanctions specifically against former counsel, it is not entirely clear whether Plaintiff herself has a role to play but in the abundance of caution I still need to get something filed on her behalf and coordinate with Mr. Liebowitz how he wants to handle his aspect of the opposition which is more than I can accomplish within the limited amount of time remaining (I believe opposition is due today or tomorrow).  I would like to advise the court that I have your consent for the extensions so please confirm.

Thank you,

Craig B. Sanders
**BARSHAY | SANDERS,** PLLC
100 Garden City Plaza | Fifth Floor | Garden City, NY 11530
Phone: 516.203.7600 | Fax 516.282-7878
email: csanders@barshaysanders.com

CONFIDENTIALITY NOTICE: THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE  INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION.  ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE, PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY.  THANK YOU.

**From:** Elise Aiken <elise@bernsteinattorney.com>
**Sent:** Tuesday, June 30, 2020 5:06 PM
**To:** Craig Sanders (BS) <csanders@barshaysanders.com>
**Cc:** Howard Bernstein <howard@bernsteinattorney.com>; Tonya Phillips <tonya@bernsteinattorney.com>
**Subject:** RE: Stross v. Premium Source

Craig:

In response to your first email, $1,500 is our clients final and best offer. I will discuss the proposed settlement agreement with my client as soon as possible.  I am travelling from rural MT back to Denver over the next couple of days however, so I doubt I will be able to review it and discuss it fully with my client before Thursday.

Regarding the Rule 11 Motion, I do not believe my client intends to withdraw that motion.  I can discuss that with my client, but Mr. Liebowitz's Rule 11 violations caused significant additional expense for my client in this matter and sanctions are appropriate. Even if the parties settle this matter mooting the outstanding Motion to Dismiss, the Rule 11 Motion addresses Mr. Liebowitz's conduct specifically and the court has the right to rule on that issue as a post-trial

motion if it chooses.  However, we understand that you are trying to pick this up in the middle and we do not oppose a reasonable request for an extension of time to respond to that Motion if you and your client need additional time to draft your response.  How much longer do you think you would need?

I will have an internet connection consistently for the rest of the day, but will have limited access throughout tomorrow.

Best,
Elise

*Elise M. Aiken, Esq.*
**Howard O. Bernstein, P.C.**
1111 Pearl Street, Ste. 203
Boulder, CO 80302
303-494-3321 Phone
303-544-5955 Fax
www.bernsteinattorney.com

This electronic message transmission, including any attached files, contains information which may be confidential and/or legally privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any review, disclosure, copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify the sender immediately by telephone (303) 494-3321 or by a "reply to sender only" message and destroy all electronic and hard copies of the communication, including attachments, without reading or saving in any manner.

---

**From:** Craig Sanders (BS) <csanders@barshaysanders.com>
**Sent:** Monday, June 29, 2020 12:23 PM
**To:** Elise Aiken <elise@bernsteinattorney.com>
**Subject:** RE: Stross v. Premium Source

Elise – attached is a proposed settlement agreement for your review.  Please get back to me as soon as you are able.  I would also like your consent to adjourn plaintiff's response to your motion which I believe is due Thursday.  If we are able to come to terms I would just file a notice of settlement.  If not, I could use the extra time.  Thank you,

Craig B. Sanders
**BARSHAY | SANDERS,** PLLC
100 Garden City Plaza | Fifth Floor | Garden City, NY 11530
Phone: 516.203.7600 | Fax 516.282-7878
email: csanders@barshaysanders.com

CONFIDENTIALITY NOTICE: THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE  INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION.  ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE, PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY.  THANK YOU.