# Elise Aiken

| | |
|---|---|
| **From:** | Elise Aiken |
| **Sent:** | Monday, July 13, 2020 4:05 PM |
| **To:** | 'Craig Sanders (BS)' |
| **Cc:** | Howard Bernstein; Tonya Phillips |
| **Subject:** | Stross v. Permium Source |
| **Attachments:** | Stross v. Premium Source- Settlement Agreement Final - Simon Berger Signature.pdf |

Criag:

Please find attached the settlement agreement signed by my client.

Best,
Elise

*Elise M. Aiken, Esq.*
**Howard O. Bernstein, P.C.**
1111 Pearl Street, Ste. 203
Boulder, CO 80302
303-494-3321 Phone
303-544-5955 Fax
www.bernsteinattorney.com

This electronic message transmission, including any attached files, contains information which may be confidential and/or legally privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any review, disclosure, copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify the sender immediately by telephone (303) 494-3321 or by a "reply to sender only" message and destroy all electronic and hard copies of the communication, including attachments, without reading or saving in any manner.