# SETTLEMENT AND RELEASE AGREEMENT

**THIS SETTLEMENT AND RELEASE AGREEMENT** ("Agreement") is entered into by and between Alexander Stross ("Photographer") on the one hand, and Premium Source Inc. ("Premium Source") on the other hand, and is effective the date the last one of the parties has executed the Agreement and provided it to the other party (the "Effective Date"). The parties agree as follows:

**1. Recitals.** The parties to this Agreement acknowledge and agree that this Agreement is made with reference to the following facts, which are not only recitals but are also an integral part of this Agreement.
    1.1. Photographer represents that he is the exclusive owner and holder of a copyrighted photographs of two copyrighted photographs of tiny homes attached hereto in Exhibit A (the "Photographs");
    1.2. Photographer has asserted claims against Premium Source alleging the unauthorized use of the Photographs (the "Claim");
    1.3 Defendant has denied liability to Photographer on the Claim;
    1.4 The Parties hereto desire to compromise, settle, and release all claims and disputes, whether known or unknown;
    1.5 The Agreement is not an admission of guilt by any party and is executed for the sole purpose of resolving the Claim between the Parties.

**2. Settlement and Release.** Except for the agreements, obligations and covenants arising under this Agreement, Photographer releases, remises and discharges Premium Source, its affiliates, subsidiaries, entities which it has an ownership interest in, officers, directors, shareholders, representatives, agents, employees, contractors, subcontractors, insurers, and attorneys, and all of their respective successors and assigns if any, from claims, demands, damages, losses, costs, expenses, fees, actions, agreements, promises, debts, from the beginning of time until the Effective Date related to the Photographs on https://therooster.com/blog/best-friends-build-their-own-tiny-neighborhood-so-they-can-live-together.

**3. Photographer's Representations and Warranties.** Photographer represents and warrants that he is the owner of all copyright and all moral rights in the Photographs in the United States of America and all other countries throughout the world and that Photographer has not granted and will not grant to any third party any rights or license in the Photographs, or any copyright or moral rights that would permit the third party to raise a claim against Premium Source in respect of Premium Source use of the Photographs. Photographer agrees to indemnify and hold harmless Premium Source for any third party suit brought on a valid ownership claim to the photographs appearing on https://therooster.com/blog/best-friends-build-their-own-tiny-neighborhood-so-they-can-live-together.

**4. Mutual Representations and Warranties.** Photographer and Premium Source represent and warrant that they have read and understand the provisions of this Agreement, have received advice from independent counsel of their own choice

1

regarding the Agreement, have signed this Agreement freely and without duress, and have full authority to execute this Agreement and to consummate the transactions contemplated by this Agreement.

**5. Non-Disparagement:** Each party agrees that he will not directly or indirectly engage in, initiate or cause any activity or any nature, either public or private, that is negative, disparaging or accusatory about the other party relating to the Claim.

**6. No Other Representations.** Other than as set forth in this Agreement, no party (nor any agent, employee, representative, or attorney of or for any party) has made any statement or representation to any other party regarding any fact relied on in entering into this Agreement, and no party is relying on any statement, representation or promise of any other party (or such party's agent, employee, representative or attorney) in executing this Agreement, or in reaching the settlement provided for herein, except as expressly stated in this Agreement. Further, Photographer and Premium Source acknowledge that they have made such investigation of the facts and the law pertaining to the matters being settled as he and its attorneys deem necessary and each party therefore assumes any risk that its understanding of the facts and/or the law is incorrect or incomplete.

**7. Payment and Conditions.** Within 14 days (14) days of the final execution of this agreement, Premium Source shall pay to Photographer once thousand five hundred US Dollars (USD $1,5000) in full settlement and release of the Claim, inclusive of all fees and costs associated with the Claim, including attorney fees or any other fees and costs permitted under . Payment should be made via draft to Photographer Alexander Stross sent care of his attorney Barshay Sanders PLLC. Plaintiff through counsel will file the stipulation of settlement and dismissal displayed in Exhibit B to this agreement.

**8. Joint Contribution and Drafting.** Photographer and Premium Source agree that they have had equal opportunity to review and contribute to the language and format of this Agreement. Therefore, this Agreement shall not be construed against any party on the basis that such party was the drafter.

**9. Previously-Incurred Legal Fees.** Neither party herein shall be responsible for the costs and expenses of the other, including legal fees, including, but not limited to, those incurred in negotiation, preparation and execution of this Agreement. Parties understand that the Court may award certain fees and costs be paid by Attorney Richard Liebowitz pursuant to a Motion for Sanctions filed in this matter on June 11, 2020

**10. Confidentiality.** The terms of this Agreement are confidential; provided, however, that each party may disclose the terms of this Agreement, as necessary, to enforce its terms, in response to valid legal process, or as otherwise required by law (in which event, the disclosing party will notify the other party, unless prohibited, of the possible disclosure prior to the same and, to the extent possible, with sufficient time to enable the other party to object or seek other protection from such disclosure), and/or to its financial, tax and/or legal advisors or insurers.

**11. <u>Consideration.</u>** Photographer and Premium Source expressly acknowledge and agree that this Agreement has been entered into in good faith in order to resolve the Claim. Photographer and Premium Source expressly acknowledge that all terms of this Agreement are supported by good, valid and legally sufficient consideration so as to make this Agreement binding and valid.

**12. <u>Severability.</u>** In the event that any term or provision of this Agreement is determined by a court of competent jurisdiction to be illegal, invalid, or unenforceable for any reason whatsoever, such illegality, invalidity or unenforceability shall not affect the remaining terms or provisions of this Agreement, which remaining terms and provisions shall remain in full force and effect.

**13. <u>Counterparts.</u>** This Agreement may be executed in any number of separate counterparts, each of which shall be deemed an original, but all of which, when taken together, shall constitute one agreement, which shall be binding upon and effective as to all of the parties. Signatures communicated electronically or by facsimile are permissible and enforceable.

**14. <u>No Waiver.</u>** No waiver of any breach of any term or provision of this Agreement shall be construed to be, or shall be, a waiver of any other breach of this Agreement. No waiver shall be binding unless in writing and signed by the party or parties waiving the breach.

**15. <u>Section Headings.</u>** The paragraph, section and article headings used in this Agreement are intended solely for convenience and reference and shall not in any manner amend, limit, modify, or otherwise be used in the interpretation of any of the provisions of this Agreement.

**16. <u>Successors.</u>** This Agreement, along with its terms and conditions, shall be binding on and shall inure to the benefit of each of the parties and to their heirs, executors, administrators, successors-in-interest and assigns.

**17. <u>Integration.</u>** This Agreement constitutes and contains the entire settlement agreement of Photographer and Premium Source with respect to the subject matter hereof, and there are no other agreements, understandings or representations with respect to this subject matter which are not expressly set forth herein.

**18. <u>Written, Signed Amendment Required.</u>** This Agreement may not be modified or amended except by written agreement, signed by Photographer and Premium Source.

**19. <u>Governing Law; Venue.</u>** This Agreement shall be governed by and construed in accordance with the laws of the State of Colorado applicable to contracts to be wholly performed therein. The exclusive forum for any disputes arising out of or relating to this Agreement shall be an appropriate state or federal court situated in Denver County in the State of Colorado.

IN WITNESS WHEREOF, the parties have executed this Agreement on the dates set forth opposite their respective signatures.

Dated: _____, 2020

_____
              Alexander Stross

Dated: _____7/13/20_____, 2020

_____
           Simon Berger for Premium Source Inc.

4

5

## **EXHIBIT A**





**EXHIBIT B**

**UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

Alexander Stross,

                Plaintiff,

      -against-

Premium Source, Inc.,

                Defendant.

Case No: 1:19-cv-02496-WJM-STV

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs, excepting any fees and costs the Court orders Attorney Richard Liebowitz to pay pursuant to the June 11, 2020 Motion for Sanctions.

Dated: June 29, 2020

| | |
|---|---|
| **HOWARD O. BERNSTEIN, P.C.** | **BARSHAY SANDERS, PLLC** |
| By: /s Elise Aiken | By: /s Craig B. Sanders |
| Elise Aiken, Esq. | Craig B. Sanders |
| 1111 Pearl Street, Suite 203 | 100 Garden City Plaza, Suite 500 |
| Boulder, Colorado 80302 | Garden City, New York 11530 |
| Tel: (303) 494-3321 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *csanders@BarshaySanders.com* |
| | Our File No: 119509 |
| | *Attorneys for Plaintiff* |