**UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

**CASE NO.: 1:19-cv-02496-WJM-STV**

ALEXANDER BAYONNE STROSS,

        Plaintiff,

v.

PREMIUM SOURCE INC.,

        Defendant.

_____

**DECLARATION OF ALEXANDER BAYONNE STROSS**

I, Alexander Bayonne Stross, declare as follows:

1.      I am over the age of eighteen (18) and otherwise competent to testify. I made the following statements based on my personal knowledge.

2.      I reside in Austin, Texas and am the owner and principal photographer for Stross Stock. I traveled the world with my camera and created thousands of high-quality, professional photographs to create my company, and I license my photographs to the public to make a living. Each photograph I take is created with top-quality equipment, thoughtfully produced, hand selected, and tastefully edited before being made available to the public. I received my B.S. in Computer Science from the University of Texas at Austin and I combine my love of photography and computer science to create beautiful and unique works of art.

3.      In 2012, I created a number of photographs of "tiny houses."  Seven of these photographs were copied by the defendants. I registered the photographs with the U.S. Copyright

Office on February 20, 2012 and was assigned registration number VAu 1-089-810. The

Certificate of Registration is attached hereto as Exhibit 1.

4.      At all relevant times I was the owner of the photographs.

5.      Defendant PREMIUM SOURCE INC. has never been licensed to use my

photographs for any purpose.

6.      I, like many photographers, am a victim of widespread infringement on the

internet.

7.      My "tiny house" photographs are frequently infringed by websites online.

8.      I have access to reverse image search technology through companies like Pixsy,

Image Rights, and others.  I have submitted my images to these companies, including my tiny

house images, and when their reverse image searches identify infringers, I work with them to

pursue my infringement cases.

9.      I have utilized different reverse image search services for many years. In my

experience, reverse image searching is not an exact or comprehensive solution to finding

infringements online. The internet is large and growing constantly.  Reverse image search

technologies frequently do not identify all instances of infringement. Even if infringements are

present on the internet for many years they may not be detected by these companies, or it many

take many attempts to discover infringements, even if those infringements were posted many

years ago.

10.     In this case, Pixsy's reverse image search service identified the defendants'

infringing webpage using seven of my "tiny house" images without my permission on July 25,

2019. A true and correct copy of the defendants' website showing my seven images date stamped

7/25/2019 is attached as Exhibit 2.

11.     Through Pixsy I engaged Richard Liebowitz, Esq. and the Liebowitz Law Firm to represent me concerning this infringement. Mr. Liebowitz was advised that the infringement in this case concerned seven of my images. I advised Mr. Liebowitz to keep me informed of what transpired in this matter and provide me with copies of all documents filed.

12.     Mr. Liebowitz failed to keep me informed. I never received any communication from Mr. Liebowitz about the filing of this action or any of the events that occurred thereafter. I never gave either Mr. Liebowitz or Pixsy settlement authority, and to my knowledge neither did anyone at Pixsy.

13.     The first time I heard about any settlement was on July 20, 2020. On that date another lawyer affiliated with Mr. Liebowitz, Craig Sanders, Esq., sent me a settlement agreement to sign. I reviewed the agreement I received from Mr. Sanders and immediately saw that it recited only two of my "tiny house" images, not the seven images that the defendant infringed. In addition, the amount of money recited in the settlement agreement was an amount that I never authorized and would never have agreed to in order to settle this claim involving seven images.

14.     I refused to sign the agreement. I telephoned and emailed Mr. Liebowitz.  I told Mr. Liebowitz that the settlement was unauthorized, that I had not given any authority for the settlement, and that I did not agree to it.

15.     On July 20, 2020, I sent the email attached as Exhibit 3 to Mr. Sanders repudiating the settlement. I also copied several other attorneys I have worked with in the past, including my current attorney Joel Rothman of SRIPLAW.

16.     The next day, July 21, 2020, I had the email exchange attached as Exhibit 4 with Barbara Konecny of Pixsy. I have asked my attorney to redact out the amount of the settlement

and other privileged material that I consider confidential. In the email exchange I repeated that the settlement was unauthorized and that I repudiated it. Ms. Konecny indicated that it might still be possible to assert another claim concerning the five images that Mr. Liebowitz had failed to include in the case. However, because the settlement agreement included a general release of all my claims against the defendant, I knew that it would not be possible to both agree to the settlement and preserve my other claims.

17.     I discharged Mr. Liebowitz and Mr. Sanders.

18.     Less than thirty days later I engaged Mr. Rothman. I asked Mr. Rothman to advise counsel for the defendant that I did not give authority for or agree to the settlement negotiated with Mr. Liebowitz or Mr. Sanders, and that the settlement was repudiated. I also gave Mr. Rothman further settlement authority so he could attempt to negotiate an acceptable settlement on my behalf.

19.     I am advised by Mr. Rothman that he entered his appearance in this case on August 18, 2020 and advised counsel for the defendants that I never gave authorization for the settlement of this case at that time.

I swear or affirm that the forgoing is true and correct under penalties of perjury.

DATED: November 2, 2020

Alexander Bayonne Stross

4

# Exhibit

# 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-089-810

**Effective date of
registration:**

February 20, 2012

---

## Title

**Title of Work:** Alexander Stross 65,323 Photographs 9/18/2011 - 1/24/2012

## Completion/Publication

**Year of Completion:** 2011

## Author

- **Author:** Alexander Bayonne Stross

  **Author Created:** photograph(s)

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Alexander Bayonne Stross

616 Oakland Ave, Austin, TX, 78703

## Rights and Permissions

**Organization Name:** Stross Arts

**Name:** Alexander Bayonne Stross

**Email:** abstross@gmail.com          **Telephone:** 512-586-1648

**Address:** PO Box 300459

Austin, TX 78703 United States

## Certification

**Name:** Alexander Bayonne Stross

**Date:** January 25, 2012

# Exhibit

# 2





8/31/2019 Best friends build their own tiny neighborhood so they can live together | Rooster Magazine



(https://g.adspeed.net/ad.php?
do=clk&aid=484708&zid=45149&t=1567229834&auth=1d4510a3b79c04bbbb7fef7eedca40a9)



# Best friends build their own tiny neighborh they can live together

**CULTURE** **JANUARY 22, 2016**

The worst part about growing up isn't assuming responsibility for your cell phone bill or realizing that gravity *does* actually affect you ... it's the fact that your friends, called by the siren song of well-paying jobs and reproductive options, your tight-knit little disperse and spread to the furthest corners of the country where they're impossible to vis upon a large enough sum of your neighbor's buried meth money or ... something.

All you want is to live in the same city as their wonderful asses, to see their faces every d trouble like you used to, but adulthood has made getting together for dinner or drinks wit care about most a once-a-year kind of thing. It's great to see them over Christmas, but dar

However, this is not the sad fate one group of Texas friends were willing to accept. Instea from each other like so many best friend groups do, they built themselves their own neig houses so they could live together while maintaining their independence.



Eight BFFFFFs (four couples) purchased ten acres of land outside of Austin, near the Llan what they call the "Llano Exit Strategy." Each couple has an identical house and plot of la both of which have been designed by architect Matt Garcia to be as environmentally min keeping up with the pragmatic minimalism of the "tiny house" ethos, each house is only 3 contains just a bedroom, bathroom and living room.

A huge kitchen and a larger social space exists within a fifth, much larger 1,500 square fo
couple with an extra beds in case any lucky visitors happen to show. The cabin has tw
one has to fight over dirty dishes, as well as a porch, picnic tables, and a bunch of nice fu
friends on.



How did this idyllic wonderland come about? As Mental Floss (http://mentalfloss.com/art
friends-build-own-private-neighborhood-be-together-forever) reports, "They 'had been h
escape from the ever-growing buzz of Austin, a place to ride their bikes, reconnect with r
and the riverfront location checks all those boxes.They've made sure to respect their natu

working with the arid local climate, rather than against it: the homes' sloped butterfly-sty
[illegible] around the compound, while metal siding and good insulation both n
glaring summer sun while preserving indoor warmth during cooler months."



Considering you can build a pretty functional tiny home for anywhere between $8K and
theoretically be easy to save up with your crew and put some money down on a little hoc
could live happily ever after. Think of all the money you'd save on travel to and from wh
they now live on.

Of course there's always the risk of a venture like this turning into a tiny, beautifully deco
that happens ... sleep over at our tiny house.

# ROOSTER.(l)





# ROOSTER *(/)*



# RELATED ARTICLES



**ROOSTER** _(/)_

## CULTURE

### Meet Denver's pro-bono Reddit P.I. who solved the infamous "milkman mystery"

(/blog/meet-the-pro-bono-reddit-pi-who-boldly-solved-rdenver%E2%80%99s-thrilling-%E2%80%9Cmilkman-mystery%E2%80%9D)

**ROOSTER** _(/)_



## CULTURE
### Creator of "Storm Area 51" approached by FBI agents after the event mysteriousl

(/blog/creator-of-%E2%80%9Cstorm-area-51%E2%80%9D-approached-by-fbi-agents-after-the-event%E
removal)



## THINGS TO DO
### 28 of the most glorious things to do in September, in Colorado

(/blog/20-things-to-do-in-september)



SUBSCRIBE

**BUSINESS**

# Millennials Kill Again. The Latest Victim? American Cheese

## CULTURE

### 15 Stupid times millennials were blamed for killing an industry

(/blog/millennials-are-killing%E2%80%A6-everything-apparently-here-are-their-latest-victims)

# TRENDING AROUND THE WEB

### Do This Immediately if You Have Diabetes (Watch)

(https://trends.revcontent.com/click.php?
d=E12FaZbBqBONAETwDm%2BgLtXKK%2...

### Toenail Fungus Gone if You Do This (Before Bed)

(https://trends.revcontent.com/click.php?
d=xDWY%2BpM7SXMFdrGYG3BJE&bvkv%4...

### Think Dental In Expensive? Thi Prices)

d=Y%2BkifZ4%2...

### Remember Heidi Klum's Daughter? Take A Deep Breath Before You See How She Looks

### If You Have Diabetes, Do This Immediately (Watch Video)

### 29 Perfectly Tir That Pretty Mu Internet

(https://trends.revcontent.com/click.php?

(https://trends.rev
d=a%2BhYEMxPBVo9oWGXpKkEGqv2CJEntVVZ4psiDrIz2OI
3HFQF32UERbo%2B4HB%2Bq%2BnYPHAC8p



(https://g.adspeed.net/ad.php?

do=clk&aid=435921&zid=44200&t=1567229834&auth=2f8e3b9306d7c73dc3b5a04efadb79d5)



(https://g.adspeed.net/ad.php?

do=clk&aid=469295&zid=44201&t=1567229834&auth=44012ba2865e189bff4fba856d6c3857)

# WHAT TO READ NEXT



**VICES**

## Puff, Puff, Blow: The weed Breathalyzer is coming SOON - stoners beware

**ROOSTER** **(/)**



**CULTURE**

## WTF is the "Intellectual Dark Web," how does Joe Rogan fit int do some say it's dangerous?

(/blog/wtf-is-the-%E2%80%9Cintellectual-dark-web%E2%80%9D-how-does-joe-rogan-fit-into-it-and-wh it%E2%80%99s-dangerous)

# ROOSTER



**VICES**

## Fizz Fight: The world's first hard seltzer fest is going down in D tickets are already selling out

(/blog/fizz-fight-the-world%E2%80%99s-first-hard-seltzer-fest-is-going-down-in-denver-and-tickets-are-a

# ROOSTER _(/)_



## CULTURE

# Finally, Denver kicks e-scooters to the street — but will that re anything?

(/blog/finally-denver-kicks-e-scooters-to-the-street-%E2%80%94-but-will-that-really-solve-anything)



## CULTURE

# Stapleton, Co is named after Denver KKK Mayor (apparently), and residents are fighting over renaming it

(/blog/stapleton-co-is-named-after-denver-kkk-mayor-apparently-and-now-residents-are-fighting-over-rena

---

# FOLLOW US ON...



Follow @roostermagazine

(https://instagram.com/roostermag?
ref=badge)



(https://g.adspeed.net/ad.php?

do=clk&aid=492113&zid=44289&t=1567229835&auth=57b0881705661f20499ef82f77df662e)

# WHAT'S GOING ON NOW

### Do This Immediately if You Have Diabetes (Watch)

(https://trends.revcontent.com/click.php?

d=oIjJlLa44da4yTFY%2BvafudolFaifUb7uqIbRZ8mnxfHU0DiS0L3wMFXE%2Bvck87Qgd%2Fq53ZfYqaoJ

### Toenail Fungus Gone if You Do This (Simple!)



**Remember Heidi Klum's Daughter? Take A Deep Breath Before You See How She Looks**

(https://trends.revcontent.com/click.php?
d=ocsBkNNgBjVMIkDBtZY1SlozjWbO2REEWYOv%2FkKlFFOwa4gJpv3TkRUKMS8i5oJAJBXiVde%2FpM

**Enter A Name, Wait 9 Seconds, Brace Yourself**

(https://trends.revcontent.com/click.php?
d=9zISpmBPG0M%2FQJnL%2B5knYKwLIDK2MRLrvvccfACJFIETIsPSUeHhVt5HCNUZoAMfa1jreU48ov8

# ROOSTER TV VIDEOS



(/blog/roostertv-we-explore-story-icelantic-skis-founder-ben-anderson)

**ROOSTER TV**

## RoosterTV: We explore the story of Icelantic Skis founder Ben A

# ROOSTER (/)



<u>**WOMEN**</u>

## <u>Rooster TV: Double Take with this month's Rooster Girl Carleen</u>

(/blog/rooster-tv-double-take-months-rooster-girl-carleen)



(https://g.adspeed.net/ad.php?

do=clk&aid=352894&zid=60942&t=1567229837&auth=85493d2aab93a92957df2d4be96441b6)

## ABOUT ROOSTER (/PAGE/ABOUT)

Contact Us (/page/about#contact)

Careers (/page/about#careers)

Privacy Policy (/page/about#privacy)

Terms & Conditions (/page/about#terms)

Advertise (/page/about#advertising)

Site XML (/sitemap.xml)

## THE MAGAZINE (/PAGE/ABOUT#RENEW)

Renew Subscription (https://store.therooster.com/subscription/magazine-subscription#renew)

Give a Gift (https://store.therooster.com/subscription/magazine-subscription#give)

Subscribe (https://store.therooster.com/subscription/magazine-subscription#subscribe)

Customer Service (https://store.therooster.com/customer-service#customer)

## SUBMIT (/FORM

Submit Images (/form/

Submit a Tip (/form/su

Model Submission (/fc

Submit an Article (/for

Copyright ©2007-2019 Rooster Magazine

 (https://facebook.com/roostermagazine)   (https://twitter.com/roostermagazine)   (https://ins

(https://youtube.com/channel/UC

# Exhibit

# 3

Mr Sanders,

I received a settlement agreement today from Liebowitz Law Firm (attached). February 11, 2020 I contacted Pixsy to have Richard Liebowitz to discontinue work on my behalf. The same day I spoke with him personally regarding a case he settled without my authorization and said was to no longer represent me. Apparently, a lot has has gone one without my knowledge. I do not know who you are but it says you are my attorney. What I see on pacer states that on Jun 11th, I was sanctioned.  I was not informed about any of this and I certainly do not accept $▮▮▮▮ to settle this claim and would never.  I suggest that everything is put on pause immediately.  Nothing else is to be done on behave in regards to anything having to do the Liebowitz Law Firm and I.

Every document filed on my behalf should be sent to me directly, aways, and for my approval. I have received nothing.

I cannot believe that I although I did my part to mitigate any more negative exposure happening in my name because of Liebowitz's cowboy and Indians legal shenanigans, I find myself  in and even worse situation and I'm out hundreds of thousands of dollars and damage to my reputation in the courts. The lack of disclosure here is sicking.  Were you all just hopping eta ti wouldn't read the documents or look on the web?

These cases are not your cases they are my cases in my name and I should never have my name drug thorough the dirt like this.

I do not know what you are going to do to clean up this situation or what kind of damage control you have planned but everyone involved here excluding me (since I was not involved, nor my cc'ed representation) need to put your heads together and fix this immediately.

A great start would be to provide me will all of the cast documents filed on my behave so I can review what has actually happened.  I requested this from Liebowitz on Feb 11th as well. Apparently, it didn't hit home.

I can not believe this. What the hell y'all!

Your truly,


Alexander Bayonne Stross
strosstock.com
abstross@protonmail.com
512-586-1648

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


Sent with ProtonMail Secure Email.

# Exhibit

# 4

He must be on drugs.  He needs help.  I requested every document he filed on my behalf Feb 11 and I told him that he would no longer but taking my cases. I received nothing.

I never received a think from him.  This this case was never a 2 image case. You can verify it by the screenshots.

I never authorized this.


Alexander Bayonne Stross
strosstock.com
abstross@protonmail.com
512-586-1648

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Sent with ProtonMail Secure Email.

------- Original Message -------
On Tuesday, July 21, 2020 3:46 AM, Barbara Konecny <barbara@pixsy.com> wrote:


Hi Alex

When we previously spoke to Richard about closing all of your cases, he mentioned that he had discussed this case and settlement with you directly. Do you recall/have any communications around this and if yes can you forward this to me? I've also asked Richard to forward me the indicated communications.

Best,
Barbara

--


**Barbara Konecny** | Head of Case Management

**US** | **P:** +1 323 284 9404 (ext 507) | **F:** +1 323 238 9101 | **A:** 340 S Lemon Ave, Walnut, California 91789

**DE** | **P:** +49 30 217 80550 (ext 507) | **M:** +49 159 0376 9569 | **A:** Hobrechtstr. 65, Berlin 12047

**UK** | **P:** +44 20 3807 4030 (ext 507) | **AU** | **P:** +61 2 8311 0685 (ext 507)
| **E:** barbara@pixsy.com | **W:** https://link.edgepilot.com/s/9734f5f2/l4nIh10fL0GYltGOvcrShA?u=http://www.pixsy.com/

He recommended settling the existing case with 2 images for $ ███. The reason the settlement was so low is that the company allegedly has no money and there's no assurance that the business will not go bankrupt over covid. In this scenario we'd be able to process the additional 5 images with another law firm separately - the release only relates to the 2 images.

Separately we also discussed the sanctions issue on the case. Richard confirmed that the sanctions had been withdrawn by the opposing side and that he confirmed this with you also by email this week.

Best,
Barbara

--



**Barbara Konecny** | Head of Case Management

**US** | **P:** +1 323 284 9404 (ext 507) | **F:** +1 323 238 9101 | **A:** 340 S Lemon Ave, Walnut, California 91789

**DE** | **P:** +49 30 217 80550 (ext 507) | **M:** +49 159 0376 9569 | **A:** Hobrechtstr. 65, Berlin 12047

**UK** | **P:** +44 20 3807 4030 (ext 507) | **AU** | **P:** +61 2 8311 0685 (ext 507)
| **E:** barbara@pixsy.com | **W:** https://link.edgepilot.com/s/091b90da/DLX-NIfzRkC_tO4uIyvqlg?u=http://www.pixsy.com/

