# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

### CASE NO.: 1:19-cv-02496-WJM-STV

ALEXANDER BAYONNE STROSS,

    Plaintiff,

v.

PREMIUM SOURCE INC.,

    Defendant.

## DECLARATION OF JOEL BENJAMIN ROTHMAN

I, Joel Benjamin Rothman, declare as follows:

1. I am plaintiff's current counsel in this action. I entered my appearance on August 18, 2020 after Mr. Stross discharged his prior counsel.

2. I make the following statements based on my personal knowledge.

3. I have known Mr. Stross for several years. I represented him in *Stross v. Redfin Corp.*, 730 F. App'x 198, 200 (5th Cir. 2018) and numerous district court cases. Mr. Stross works with other attorneys as well.

4. Mr. Stross, like many photographers, is a victim of widespread infringement on the internet.

5. The "tiny house" photographs at issue are frequently infringed by websites online.

6. Mr. Stross' images are valuable, and, under the Copyright Act, he is entitled to damages when infringers, such as the defendant here, use them without authorization.

7. I first became aware of this case when Mr. Stross copied me and several other attorneys I know on the email attached hereto as Exhibit 1 on July 20, 2020.

8. I contacted Mr. Stross to ask what was going on in this case. He told me that Pixsy's reverse image search technology discovered the defendant infringing on seven of his "tiny house" images and, through Pixsy, engaged Richard Liebowitz and his law firm to represent him concerning this claim.

9. Mr. Stross said that he never received any communication from Mr. Liebowitz until earlier that day (July 20, 2020), when another lawyer affiliated with Mr. Liebowitz, Craig Sanders, sent Mr. Stross a settlement agreement to sign.

10. Mr. Stross advised me that he never gave Mr. Liebowitz any authority to settle this case on his behalf. Mr. Stross said he reviewed the agreement he received from Mr. Sanders and immediately saw that it recited two "tiny house" images, not the seven images he had found the defendant infringing when the infringement was discovered. He also told me that the amount of money recited in the settlement agreement was an amount that he never authorized and would never have agreed to for his claim involving seven images. Mr. Stross told me he refused to sign the agreement.

11. Following our conversation, Mr. Stross terminated Mr. Liebowitz and Mr. Sanders as his lawyers. Thereafter, Mr. Stross retained me.

12. I filed an appearance for Mr. Stross on August 18, 2020.

13. Prior to filing my appearance I exchanged emails with counsel for the defendant, Elise Aiken, Esq. Attached hereto as Exhibit 1 are true and correct copies of my email correspondence with Ms. Aiken, including my email to her on August 17th indicating that "[m]y client cannot sign the settlement agreement and that is what I need to speak to you about on Wednesday so I can explain what is going on."

14. On Wednesday, August 19, 2020, I spoke with Ms. Aiken by telephone. The call was lengthy and lasted at least 30 minutes if not longer. In the call I told Ms. Aiken that Mr. Liebowitz and Mr. Sanders never had settlement authority from Mr. Stross, that the infringement at issue was of seven images not only two as indicated in the settlement agreement and amended complaint, and that Mr. Stross repudiated the settlement as obtained without his authority.

15. I also asked Ms. Aiken what had happened with the Rule 11 motion for sanctions that she filed on behalf of her client at ECF # 42. She advised me that it was resolved by Mr. Liebowitz paying her and her client approximately one-half of the amount of attorneys' fees claimed in the motion.

16. I advised Ms. Aiken that my client would still be willing to resolve the case, and I made a new demand that took into account the number of images infringed was seven not two. She advised me that she would discuss the new demand with her client and get back to me. We agreed to request an additional thirty days from the court to discuss settlement. I drafted and sent Ms. Aiken a draft Joint Status Report reflecting our August 18th telephone conversation and requesting an additional thirty days, she returned it with minor changes, and it was filed at ECF #59. The court granted the request and provided the parties with an additional thirty days until September 19, 2020. (ECF # 60).

17. Despite the parties' efforts, they could not resolve the case in the intervening thirty days. Therefore, the parties reported this to the court on September 21, 2020. (ECF #65). Plaintiff requested a short status conference with the Court, and this was held on October 6, 2020. During the status conference, counsel for the defendant indicated that the defendant intended to move to enforce the settlement. The Court gave the defendant a deadline to do so. The motion to enforce followed.

I swear or affirm that the forgoing is true and correct under penalties of perjury.

DATED: November 3, 2020

*/s/ Joel B. Rothman*
JOEL BENJAMIN ROTHMAN

4

# Exhibit 1

Mr Sanders,

I received a settlement agreement today from Liebowitz Law Firm (attached). February 11, 2020 I contacted Pixsy to have Richard Liebowitz to discontinue work on my behalf. The same day I spoke with him personally regarding a case he settled without my authorization and said was to no longer represent me. Apparently, a lot has has gone one without my knowledge. I do not know who you are but it says you are my attorney. What I see on pacer states that on Jun 11th, I was sanctioned. I was not informed about any of this and I certainly do not accept $▬▬▬ to settle this claim and would never. I suggest that everything is put on pause immediately. Nothing else is to be done on behave in regards to anything having to do the Liebowitz Law Firm and I.

Every document filed on my behalf should be sent to me directly, aways, and for my approval. I have received nothing.

I cannot believe that I although I did my part to mitigate any more negative exposure happening in my name because of Liebowitz's cowboy and Indians legal shenanigans, I find myself in and even worse situation and I'm out hundreds of thousands of dollars and damage to my reputation in the courts. The lack of disclosure here is sicking. Were you all just hopping eta ti wouldn't read the documents or look on the web?

These cases are not your cases they are my cases in my name and I should never have my name drug thorough the dirt like this.

I do not know what you are going to do to clean up this situation or what kind of damage control you have planned but everyone involved here excluding me (since I was not involved, nor my cc'ed representation) need to put your heads together and fix this immediately.

A great start would be to provide me will all of the cast documents filed on my behave so I can review what has actually happened. I requested this from Liebowitz on Feb 11th as well. Apparently, it didn't hit home.

I can not believe this. What the hell y'all!

Your truly,

Alexander Bayonne Stross
strosstock.com
abstross@protonmail.com
512-586-1648

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Sent with ProtonMail Secure Email.

# Exhibit 2

Elise,

I hate being the bearer of bad news, especially to accomplished counsel like you and Mr. Bernstein. We will talk more Wednesday.

Joel

**Florida | Los Angeles | New York | Atlanta | Nashville**

**Joel B. Rothman**

Managing Partner

Board Certified in Intellectual Property Law

21301 Powerline Road, Suite 100

Boca Raton, Florida 33433

Main: (561) 404-4350

Direct: (561) 404-4335

Mobile: (561) 504-3902

[joel.rothman@sriplaw.com](joel.rothman@sriplaw.com)

[www.sriplaw.com](www.sriplaw.com)

Admitted to Practice in: Florida, New York, Georgia; SCT, CA11, CAFC, CA5, CA9, CA2, CA10; and the following federal districts: FLSD, FLMD, FLND, GAND, GASD, GAMD, NYSD, NYED, NYND, NYWD, MIED, MIWD, WIWD, ILND, ILCD, ILSD, TNWD, ARED, ARWD, TXSD, TXND, TXWD, TXED, COD, DCD, CClaims, and the VA.

**From:** Elise Aiken <elise@bernsteinattorney.com>
**Sent:** Monday, August 17, 2020 4:55 PM
**To:** Joel Rothman <joel@sriplaw.com>
**Cc:** Steven James <steven.james@sriplaw.com>; Jamie Christine James <jamie.james@sriplaw.com>; Howard Bernstein <howard@bernsteinattorney.com>; Tonya Phillips <tonya@bernsteinattorney.com>
**Subject:** RE: Stross v Premium Finance

Joel:

Well, that is a twist.  I wish I could tell you I was looking forward to hearing all the details, but I suspect its all bad news. Regardless, talk to you Wednesday.

Best,

Elise

Elise M. Aiken, Esq.

**Howard O. Bernstein, P.C.**

1111 Pearl Street, Ste. 203

Boulder, CO 80302

303-494-3321 Phone

303-544-5955 Fax

https://link.edgepilot.com/s/3e53131c/YwEIh0KQjUqgwz5C6Y6_cg?u=http://www.bernsteinattorney.com/

This electronic message transmission, including any attached files, contains information which may be confidential and/or legally privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any review, disclosure, copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify the sender immediately by telephone (303) 494-3321 or by a "reply to sender only" message and destroy all electronic and hard copies of the communication, including attachments, without reading or saving in any manner.

**From:** Joel Rothman <joel@sriplaw.com>
**Sent:** Monday, August 17, 2020 2:36 PM
**To:** Elise Aiken <elise@bernsteinattorney.com>
**Cc:** Steven James <steven.james@sriplaw.com>; Jamie Christine James <jamie.james@sriplaw.com>; Howard Bernstein <howard@bernsteinattorney.com>; Tonya Phillips <tonya@bernsteinattorney.com>

**Subject:** RE: Stross v Premium Finance

Elise,

What is the other Liebowitz case?

My client cannot sign the settlement agreement and that is what I need to speak to you about on Wednesday so I can explain what is going on.

Joel

**Florida | Los Angeles | New York | Atlanta | Nashville**

## Joel B. Rothman

Managing Partner

Board Certified in Intellectual Property Law

21301 Powerline Road, Suite 100

Boca Raton, Florida 33433

Main: (561) 404-4350

Direct: (561) 404-4335

Mobile: (561) 504-3902

[joel.rothman@sriplaw.com](mailto:joel.rothman@sriplaw.com)

**https://link.edgepilot.com/s/bd93538f/CSEeTKJ9O0qm3iFkMz_uyg?u=http://www.sriplaw.com/**

Admitted to Practice in: Florida, New York, Georgia; SCT, CA11, CAFC, CA5, CA9, CA2, CA10; and the following federal districts: FLSD, FLMD, FLND, GAND, GASD, GAMD, NYSD, NYED, NYND, NYWD, MIED, MIWD, WIWD, ILND, ILCD, ILSD, TNWD, ARED, ARWD, TXSD, TXND, TXWD, TXED, COD, DCD, CClaims, and the VA.

**From:** Elise Aiken <elise@bernsteinattorney.com>
**Sent:** Monday, August 17, 2020 4:28 PM
**To:** Joel Rothman <joel@sriplaw.com>
**Cc:** Steven James <steven.james@sriplaw.com>; Jamie Christine James <jamie.james@sriplaw.com>; Howard Bernstein <howard@bernsteinattorney.com>; Tonya Phillips <tonya@bernsteinattorney.com>
**Subject:** RE: Stross v Premium Finance

Joel:

My apologies, when we were talking, I had it in my mind that you were calling about another case that Liebowitz/Sanders are on the other side of. Thus my confusion about the Scheduling order.

We've already reached a settlement in the Stross matter.  We have simply been waiting on Stross's signature and the payment information.  Have you received my client's signed agreement from Liebowitz/Sanders?  Please let me know and if not, I will send that over.

Best,

Elise

Elise M. Aiken, Esq.

**Howard O. Bernstein, P.C.**

1111 Pearl Street, Ste. 203

Boulder, CO 80302

303-494-3321 Phone

303-544-5955 Fax

https://link.edgepilot.com/s/78d67cde/gY6QkVkNxUmjnsnr9Lv1Mw?u=http://www.bernsteinattorney.com/

This electronic message transmission, including any attached files, contains information which may be confidential and/or legally privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any review, disclosure, copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify the sender immediately by telephone (303) 494-3321 or by a "reply to sender only" message and destroy all electronic and hard copies of the communication, including attachments, without reading or saving in any manner.

**From:** Joel Rothman <joel@sriplaw.com>
**Sent:** Monday, August 17, 2020 2:01 PM
**To:** Elise Aiken <elise@bernsteinattorney.com>
**Cc:** Steven James <steven.james@sriplaw.com>; Jamie Christine James <jamie.james@sriplaw.com>
**Subject:** Stross v Premium Finance

Elise,

My firm is taking over for the Liebowitz/Sanders group.  Can you spare some time to speak to me about this case tomorrow or Wednesday?  If so, please tell me when.

Wishing you health and safety.

Joel

**Florida | Los Angeles | New York | Atlanta | Nashville**

## Joel B. Rothman

Managing Partner

Board Certified in Intellectual Property Law

21301 Powerline Road, Suite 100

Boca Raton, Florida 33433

Main: (561) 404-4350

Direct: (561) 404-4335

Mobile: (561) 504-3902

joel.rothman@sriplaw.com

**https://link.edgepilot.com/s/2356a780/R6q-g9mJRUyqLOBJDKWCcA?u=http://www.sriplaw.com/**

Admitted to Practice in: Florida, New York, Georgia; SCT, CA11, CAFC, CA5, CA9, CA2, CA10; and the following federal districts: FLSD, FLMD, FLND, GAND, GASD, GAMD, NYSD, NYED, NYND, NYWD, MIED, MIWD, WIWD, ILND, ILCD, ILSD, TNWD, ARED, ARWD, TXSD, TXND, TXWD, TXED, COD, DCD, CClaims, and the VA.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.