UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

CASE NO.: 1:19-cv-02496-WJM-STV

ALEXANDER BAYONNE STROSS,

    Plaintiff,

v.

PREMIUM SOURCE INC.,

    Defendant.

## MOTION AND MEMORANDUM OF LAW FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff ALEXANDER BAYONNE STROSS ("Stross") by and through his undersigned counsel, hereby moves this Honorable Court for Leave to File Second Amended Complaint and as grounds therefore states as follows:

1. On August 30, 2019, plaintiff, through attorney Richard Liebowitz, filed the Complaint in this matter. Plaintiff did not review the complaint before it was filed and only obtained a copy recently.

2. Mr. Liebowitz failed to file an accurate complaint. The complaint should have alleged the infringement of seven images. Instead, the Complaint filed by Mr. Liebowitz only alleged two images were infringed.

3. On November 8, 2019, Defendant PREMIUM SOURCE INC. ("PSI") filed its Answer and Affirmative Defenses to the Complaint. [DE 14].

4. Additionally, on November 8, 2019, PSI filed its Motion to Dismiss the Complaint. [DE 15].

5. In response to PSI's motion to dismiss, Mr. Liebowitz filed an Amended Complaint on December 2, 2019. [DE 18]. Mr. Liebowitz again failed to file an accurate complaint or have the plaintiff review it before filing. The amended complaint should have alleged the infringement of seven images. Instead, the amended complaint filed by Mr. Liebowitz only alleged two images were infringed.

6. PSI filed its Answer to the Amended Complaint on December 11, 2019. [DE 30].

7. On January 21, 2020, PSI filed its Renewed Motion to Dismiss the Amended Complaint. [DE 34].

8. On June 3, 2020, the Court entered an Advisory Notice to Attorney and Court, advising of an Order of Disbarment was entered against Richard P. Liebowitz by the Northern District of California, and informing counsel of his ineligibility to practice law before this Court. [DE 37].

9. On June 11, 2020, this Court entered an Order directing Mr. Liebowitz to show cause for failing to move to withdraw in this matter. [DE 41].

10. PSI filed a Motion for Sanctions on June 11, 2020. [DE 42].

11. On June 18, 2020, Mr. Liebowitz filed his Motion to Withdraw as Attorney. [DE 45].

12. Also on June 18, 2020, Craig Sanders, Esq. filed an appearance for plaintiff. [DE 44].

13. Mr. Sanders filed a Notice of Settlement on July 2, 2020 at Docket Entry 48.

14. Plaintiff never authorized or agreed to the settlement. As soon as plaintiff was informed of the settlement he repudiated it. [DE 70-1, ¶ 13-14] .

15. Stross intends to file a Second Amend ed Complaint to adequately plead all seven (7) alleged infringements by PSI.

16. Attached hereto as Exhibit 1 is a proposed Second Amended Complaint which includes the infringement of all seven (7) images used on PSI's website.

## MEMORANDUM OF LAW

WHEREFORE, Plaintiff ALEXANDER BAYONNE STROSS prays this Honorable Court for leave to file his Second Amended Complaint, and for such other and further relief as to this Court deems just and proper in the premises.

DATED: November 6, 2020    Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Alexander Bayonne Stross*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on November 6, 2020, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN

## SERVICE LIST

Mr. Howard O. Bernstein
Ms. Amber J. Reed
Howard O. Bernstein P.C.
1111 Pearl Street
Suite 203
Boulder, CO 80302
howard@bernsteinattorney.com
amber@bernsteinattorney.com
Attorneys for Premium Source Inc.