# Exhibit
# 1

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

### CASE NO.: 1:19-cv-02496-WJM-STV

ALEXANDER BAYONNE STROSS,

               Plaintiff,

v.

PREMIUM SOURCE INC. dba ROOSTER
MAGAZINE,

               Defendant.

---

### SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT
### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff ALEXANDER BAYONNE STROSS by and through his undersigned counsel,

brings this Complaint against Defendant PREMIUM SOURCE INC. dba ROOSTER

MAGAZINE for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1.     Plaintiff ALEXANDER BAYONNE STROSS ("Stross") brings this action for

violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute

Stross' original copyrighted Work of authorship in his Work.

2.     Stross is the owner and principal photographer of Stross Stock.  After traveling

the world with his camera, creating thousands of high-quality photographs, the natural next step

was to offer the public means to license his Work.  Each photo on Stross Stock is shot with top-

quality equipment, thoughtfully produced, hand selected, and tastefully edited before being made

available to the public.

3.     Stross is a native of Austin, Texas, and watched the small city grow and develop

into an urban hot spot.  This served as his inspiration to become a photographer, centering his

### SRIPLAW
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

expertise on complicated architectural photography and landscape photography. In 2016, Stross was nominated and accepted as a professional member of the American Society of Media Photographers, which is a high honor. Stross received a B.S. in Computer Science at the University of Texas at Austin and has since combined his love for the photographic arts and computer science by building an online system to help protect artists' works on the internet.

4.    Defendant PREMIUM SOURCE INC. dba ROOSTER MAGAZINE ("Rooster") is a print and online magazine based in Longmont, Colorado. Rooster's PR kit represents that Rooster Magazine has printed 60,000 magazines distributed in 2,300 locations across 23 cities with a 98% pick-up rate, that www.therooster.com has 300,000 unique visitors each month and 400,000 impressions with display ads and native ads, sponsored editorials, SEO opportunities and video content. In addition, Rooster has 12,000 Facebook likes, 11,400 Instagram followers and 3,000 Twitter followers. At all times relevant herein, Rooster operated the internet website located at the URL www.therooster.com (the "Website").

5.    Stross alleges that Rooster copied Stross' copyrighted Work from the internet in order to advertise, market and promote its business activities. Rooster committed the violations alleged in connection with Rooster's business for purposes of advertising and promoting sales to the public in the course and scope of the Rooster's business.

## JURISDICTION AND VENUE

6.    This is an action arising under the Copyright Act, 17 U.S.C. § 501.

7.    This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8.    Defendant is subject to personal jurisdiction in Colorado.

9.    Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in

infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

<u>**DEFENDANT**</u>

10.     Premium Source Inc. dba Rooster Magazine is a Colorado Corporation, with its principal place of business at 7101 LaVista Place, #200, Longmont, Colorado, 80503.

<u>**THE COPYRIGHTED WORKS AT ISSUE**</u>

11.     In 2011, Stross created a number of photographs in the Ilano Exit Strategy Series. There are seven (7) alleged infringed images of the Ilano Exit Strategy Series, which are images 2, 7, 8, 11, 26, 28 and 32, and which are referred to herein as the "Works. Image 32 is shown below." Copies of the original Works are attached hereto as Exhibit 1.



12.     Stross registered the Works with the Register of Copyrights on February 20, 2012 and was assigned the registration number VAu 1-089-810. The Certificate of Registration is attached hereto as Exhibit 2.

13.     Stross' Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

14.     At all relevant times Stross was the owner of the copyrighted Works at issue in this case.

## INFRINGEMENT BY DEFENDANT

15.      Rooster has never been licensed to use the Works at issue in this action for any purpose.

16.      On a date after the Works at issue in this action were created, but prior to the filing of this action, Rooster copied the Works.

17.      On or about November 14, 2018, Stross discovered the unauthorized use of seven (7) of his images in the Ilano Exit Strategy on the Website in an article entitled "Best friends build their own tiny neighborhood so they can live together," which contains a publication date of January 22, 2016.

18.      Rooster copied Stross' copyrighted Works without Stross' permission.

19.      After Rooster copied the Works, it made further copies and distributed the Works on the internet to promote the sale of goods and services as part of its paper and online magazine business.

20.      Rooster copied and distributed Stross' copyrighted Works in connection with Rooster's business for purposes of advertising and promoting Rooster's business, and in the course and scope of advertising and selling products and services.

21.      Stross' Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

22.      Rooster committed copyright infringement of the Works as evidenced by the documents attached hereto as Exhibit 3.

23.      Stross never gave Rooster permission or authority to copy, distribute or display the Works at issue in this case.

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

## COUNT I
## COPYRIGHT INFRINGEMENT

24.     Stross incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25.     Stross owns a valid copyright in the Works at issue in this case.

26.     Stross registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27.     Rooster copied, displayed, and distributed the Works at issue in this case and made derivatives of the Works without Stross' authorization in violation of 17 U.S.C. § 501.

28.     Rooster performed the acts alleged in the course and scope of its business activities.

29.     Rooster's acts were willful.

30.     Stross has been damaged.

31.     The harm caused to Stross has been irreparable.

WHEREFORE, the Plaintiff Alexander Bayonne Stross prays for judgment against the Defendant Premium Source Inc. dba Rooster Magazine that:

a.      Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.      Defendant be required to pay Plaintiff his actual damages and Rooster's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c.      Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

d.      Plaintiff be awarded pre and post-judgment interest; and

e.      Plaintiff be awarded such other and further relief as the Court deems just and proper.

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: _____                    Respectfully submitted,


*/s/Joel B. Rothman*_____
JOEL B. ROTHMAN
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Alexander Bayonne Stross*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned does hereby certify that on _____, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

*/s/ Joel B. Rothman* _____
JOEL B. ROTHMAN

## <u>SERVICE LIST</u>

Mr. Howard O. Bernstein
Ms. Amber J. Reed
Howard O. Bernstein P.C.
1111 Pearl Street
Suite 203
Boulder, CO 80302
howard@bernsteinattorney.com
amber@bernsteinattorney.com
Attorneys for Premium Source Inc.

# Exhibit

# 1















Exhibit

2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-089-810

**Effective date of
registration:**

February 20, 2012

---

## Title

**Title of Work:** Alexander Stross 65,323 Photographs 9/18/2011 - 1/24/2012

## Completion/Publication

**Year of Completion:** 2011

## Author

**Author:** Alexander Bayonne Stross

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Alexander Bayonne Stross

616 Oakland Ave, Austin, TX, 78703

## Rights and Permissions

**Organization Name:** Stross Arts

**Name:** Alexander Bayonne Stross

**Email:** abstross@gmail.com          **Telephone:** 512-586-1648

**Address:** PO Box 300459

Austin, TX 78703  United States

## Certification

**Name:** Alexander Bayonne Stross

**Date:** January 25, 2012

# Exhibit

# 3





**ROOSTER**

POLITICS   CULTURE   MUSIC   SEX   VICES   WOMEN   HAPPY HOUR   MAGAZINE   STORE   THC CLASSIC



## Best friends build their own tiny neighborhood so they can live together

CULTURE | JANUARY 22, 2016                    BY ISABELLE KOHN

The worst part about growing up isn't assuming responsibility for your cell phone bill or coming to the frightening realization that gravity *does* actually affect you ... it's the fact that your friends all move away. Called by the siren song of well-paying jobs and reproductive options, your tight-knit little crew will inevitably disperse and spread to the furthest corners of the country where they're impossible to visit without coming upon a large enough sum of your neighbor's buried meth money or ... something.

All you want is to live in the same city as their wonderful asses, to see their faces every day and get into trouble like you used to, but adulthood has made getting together for dinner or drinks with the people you care about most a once-a-year kind of thing. It's great to see them over Christmas, but damn it, you want more.

However, this is not the sad fate one group of Texas friends were willing to accept. Instead of moving away from each other like so many best friend groups do, they built themselves their own neighborhood of tiny houses so they could live together while maintaining their independence.







**WHAT TO READ NEXT**

Eight BFFFFFs (four couples) purchased ten acres of land outside of Austin, near the Llano River, creating what they call the "Llano Exit Strategy." Each couple has an identical house and plot of land to call their own, both of which have been designed by architect Matt Garcia to be as environmentally mindful as possible. In keeping up with the pragmatic minimalism of the "tiny house" ethos, each house is only 350 square feet and contains just a bedroom, bathroom and living room.

A huge kitchen and a larger social space exists within a fifth, much larger 1,500 square foot cabin that comes equipped with six extra beds in case any lucky visitors happen to show. The cabin has two dishwashers so no one has to fight over dirty dishes, as well as a porch, picnic tables, and a bunch of nice furniture to be best friends on.



How did this idyllic wonderland come about? As Mental Floss reports, "They 'had been hunting for a quiet escape from the ever-growing buzz of Austin, a place to ride their bikes, reconnect with nature and recharge,' and the riverfront location checks all those boxes.They've made sure to respect their natural surroundings by working with the arid local climate, rather than against it: the homes' sloped butterfly-style roofs catch rainwater for reuse around the compound, while metal siding and good insulation both reduce heat from the glaring summer sun while preserving indoor warmth during cooler months."



Considering you can build a pretty functional tiny home for anywhere between $8K and $15K, it would theoretically be easy to save up with your crew and put some money down on a little hood like this so you could live happily ever after. Think of all the money you'd save on travel to and from whatever coastal city they now live on.

Of course there's always the risk of a venture like this turning into a tiny, beautifully decorated cult, but until that happens ... sleep over at our tiny house.



DRUGS

### What it's like to watch your best friend unknowingly take bath salts



ART

### Screw the haters, your tattoos are gonna look badass when you're old



DRUGS

### Microdosing LSD gives these world class athletes a solid advantage



VICES

### The great paradox of young people and drugs and death



VICES

### Holy Hallucinogens: Inside the rituals of a Colorado ayahuasca church

## FOLLOW US ON...









## RELATED ARTICLES



**CULTURE**

Asian students suing Harvard for sketchy admissions practices



**DAILY VIRAL**

LEGO built a fully functioning Bugatti Chiron out of a million pieces





Be the first of your friends to like this

Follow @roostermagazine

View on Instagram





## WHAT'S GOING ON NOW

Sponsored by Revcontent



Gutter Cleaning Companies Hate This! Over 209,000 Homeowners Bought This Product



How To Learn A Language In 20 Minutes A Day - According To an Expert



21 Awkward Holiday Snaps That Will Make You Cry Laughing!



New Rule in New York, New York

## ROOSTER TV VIDEOS







**ROOSTER TV**

**RoosterTV: We explore the story of Icelantic Skis founder Ben Anderson**

**UGLY TRUTH ASTROLOGY**

**Your September horoscopes are here and what the actual hell Libra**

**CULTURE**

**Oregon man busted for grand theft Lego, a crime on the rise across America**



**WOMEN**

**Rooster TV: Double Take with this month's Rooster Girl Carleen**

## TRENDING AROUND THE WEB

Sponsored by Revcontent



**Gutter Cleaning Companies Hate This! Over 207,000**

**The App Millennials Are Using to Learn a Language in 20**



**21 Awkward Holiday Snaps That Will Make You Cry Laughing!**



**New Rule in New York, New York**

**Words Can't Even Describe What Tiger Woods' Ex-wife Looks**

**This Photo Has Not Been Edited, Look Closer**



YOU'RE ALWAYS ON THE GUESTLIST AT
LEVITT PAVILION DENVER

RSVP AT LEVITTDENVER.ORG

**ABOUT ROOSTER**

Contact Us
Careers
Privacy Policy

**THE MAGAZINE**

Terms & Conditions
Advertise
Site XML

Renew Subscription
Give a Gift
Subscribe

Customer Service

**SUBMIT**

Submit Images
Submit a Tip
Model Submission

Submit an Article

7/25/2019                    Best friends build their own tiny neighborhood so they can live together | Rooster Magazine



# Best friends build their own tiny neighborhood so they can live together

**CULTURE** | JANUARY 22, 2016                                      BY ISABEL

The worst part about growing up isn't assuming responsibility for your cell phone bill or coming to the frightening re
gravity does actually affect you ... it's the fact that your friends all move away. Called by the siren song of well-payin
reproductive options, your tight-knit little crew will inevitably disperse and spread to the furthest corners of the coun
they're impossible to visit without coming upon a large enough sum of your neighbor's buried meth money or ... som

All you want is to live in the same city as their wonderful asses, to see their faces every day and get into trouble like
but adulthood has made getting together for dinner or drinks with the people you care about most a once-a-year kind
great to see them over Christmas, but damn it, you want more.

However, this is not the sad fate one group of Texas friends were willing to accept. Instead of moving away from ea
many best friend groups do, they built themselves their own neighborhood of tiny houses so they could live together
maintaining their independence.



Eight BFFFFFs (four couples) purchased ten acres of land outside of Austin, near the Llano River, creating what the "Llano Exit Strategy." Each couple has an identical house and plot of land to call their own, both of which have been architect Matt Garcia to be as environmentally mindful as possible. In keeping up with the pragmatic minimalism of house" ethos, each house is only 350 square feet and contains just a bedroom, bathroom and living room.

A huge kitchen and a larger social space exists within a fifth, much larger 1,500 square foot cabin that comes equipp extra beds in case any lucky visitors happen to show. The cabin has two dishwashers so no one has to fight over dirty well as a porch, picnic tables, and a bunch of nice furniture to be best friends on.



How did this idyllic wonderland come about? As Mental Floss reports, "They 'had been hunting for a quiet escape from
growing buzz of Austin, a place to ride their bikes, reconnect with nature and recharge,' and the riverfront location c
boxes.They've made sure to respect their natural surroundings by working with the arid local climate, rather than ag
homes' sloped butterfly-style roofs catch rainwater for reuse around the compound, while metal siding and good insu
reduce heat from the glaring summer sun while preserving indoor warmth during cooler months."



Considering you can build a pretty functional tiny home for anywhere between $8K and $15K, it would theoretically
save up with your crew and put some money down on a little hood like this so you could live happily ever after. Thir
money you'd save on travel to and from whatever coastal city they now live on.

Of course there's always the risk of a venture like this turning into a tiny, beautifully decorated cult, but until that ha
over at our tiny house.

Case No. 1:19-cv-02496-WJM-STV    Document 71-1    filed 11/06/20    USDC Colorado pg 24 of 38







## RELATED ARTICLES



**CULTURE**

**Goose Holocaust: Denver to slaughter thousands of geese and feed them people because why the hell not?**



**CULTURE**

**The Storm Area 51 Facebook page has 1.5 million people ready to rush th facility**



**CULTURE**

**Netflix, Disney, others threaten to pull film productions out of Georgia ove abortion law**



Case No. 1:19-cv-02496-WJM-STV    Document 71-1    filed 11/06/20    USDC Colorado
pg 27 of 38

**CULTURE**

**CULTURE**

**The vintage community turns fashion into a festival, and corporations are invited**

# WHAT TO READ NEXT



**CULTURE**

**The Storm Area 51 Facebook page has 1.5 million people to rush the secret facility**



**CULTURE**

**Goose Holocaust: Denver to slaughter thousands of geese, feed them to poor people because why the hell not?**

Best friends build their own tiny neighborhood so they can live together | Rooster Magazine



VICES

## The federal drug schedule, how it was created and why it totally fucked



CULTURE

## TSA won't stop people for carrying cannabis through the airport… or for any other drug apparently



**CULTURE**

**Colorado's "Annex Moab!" campaign is growing: meet th**
**behind the movement and sign the petition to bring Moab**

# FOLLOW US ON...

# ROOSTER TV VIDEOS

7/25/2019                    Best friends build their own tiny neighborhood so they can live together | Rooster Magazine



**ROOSTER TV**

**RoosterTV: We explore the story of Icelantic Skis founder Anderson**



**WOMEN**

## Rooster TV: Double Take with this month's Rooster Girl C

**ABOUT ROOSTER**

Contact Us

Careers

Privacy Policy

Terms & Conditions

Advertise

Site XML

**THE MAGAZINE**

Renew Subscription

Give a Gift

Subscribe

Customer Service

**SUBMIT**

Submit Images

Submit a Tip

Model Submission

Submit an Article

Copyright ©2007-2019 Rooster Magazine

https://therooster.com/sites/default/files/styles/hero/public/best-friends-build-tiny-house-neighborhood-so-they-can-live-together-bestie-row.png?itok=FiBu5vPm



https://therooster.com/sites/default/files/userfiles/images/best%20friends%20llano%20exit%20strategy%20commune.png



https://therooster.com/sites/default/files/userfiles/images/bestie%20row%20tiny%20house%20best%20friends%20austin%20llano%20texas%202.jpg



https://therooster.com/sites/default/files/userfiles/images/bestie%20row%20tiny%20house%20best%20friends%20austin%20llano%20texas%203.jpg



https://therooster.com/sites/default/files/userfiles/images/collev%20rov%20bary%20to%20best%20b%20best%20420friend%20bacul%20zevano%20zeleaas%20jpg



https://therooster.com/sites/default/files/userfiles/images/bestie%20row%20tiny%20house%20best%20friends%20austin%20llano%20texas%205.jpg

