**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 19-cv-2496-WJM-STV

ALEXANDER STROSS, an individual,

    Plaintiff,

v.

PREMIUM SOURCE INC., a Colorado corporation,

    Defendant.

## ORDER SETTING EVIDENTIARY HEARING

This matter is before the Court on Defendant Premium Source Inc.'s Motion to Enforce the Parties' Settlement Agreement ("Motion"), filed on October 16, 2020. (ECF No. 69.) The Court has reviewed the Motion, the Plaintiff's Response, the Defendant's Reply. (ECF Nos. 69, 70, 73.)

The Court finds that there are disputed material facts as to whether: (1) Plaintiff's prior counsel was given express or implied authority to enter into a settlement agreement on Plaintiff's behalf; (2) the parties entered into a valid and enforceable settlement agreement; and (3) Plaintiff ratified the settlement agreement by failing to timely repudiate it. These disputes require the Court to make factual findings to resolve the Motion.

In accordance with the foregoing, an **in-person** evidentiary hearing on the aforementioned topics is hereby SET for **July 15, 2021 at 9:30 a.m.** Counsel are directed to Section V of the undersigned's Revised Practice Standards regarding Courtroom Procedures and Deadlines applicable to evidentiary hearings. To maximize

efficient use of hearing time, counsel should prepare their exhibits and exhibit lists using the form available [here](#), and consistent with Section IV.B.4.b. of the undersigned's Revised Practice Standards, including the requirement to stipulate to the authenticity and/or admissibility of exhibits to the maximum extent possible in advance of the hearing.

Dated this 25th day of May, 2021.

BY THE COURT:

_____
William J. Martinez
United States District Judge