## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

### CASE NO.: 1:19-cv-02496-WJM-STV

ALEXANDER BAYONNE STROSS,

       Plaintiff,

v.

PREMIUM SOURCE INC. dba ROOSTER MAGAZINE,

       Defendant.

### JOINT MOTION REQUESTING SETTLEMENT CONFERENCE

Plaintiff ALEXANDER BAYONNE STROSS and Defendant PREMIUM SOURCE INC. DBA ROOSTER MAGAZINE, by and through their undersigned counsel, hereby request that this Court set a Settlement Conference before Magistrate Judge Steven T. Varholak in this matter.

Dated: June 22, 2021

| | |
|---|---|
| */s/Joel B. Rothman* | */s/ Elise M. Aiken* |
| JOEL B. ROTHMAN | HOWARD O. BERNSTEIN |
| joel.rothman@sriplaw.com | Colorado Bar No. 24476 |
| | howard@bernsteinattorney.com |
| **SRIPLAW** | ELISE M. AIKEN |
| 21310 Powerline Road | Colorado Bar No. 43831 |
| Suite 100 | elise@bernsteinattorney.com |
| Boca Raton, FL  33433 | |
| 561.404.4350 – Telephone | **HOWARD O. BERNSTEIN P.C.** |
| 561.404.4353 – Facsimile | 1111 Pearl Street |
| | Suite 203 |
| JONAH A. GROSSBARDT | Boulder, CO 80302 |
| jonah.grossbardt@sriplaw.com | (303) 491-3321 - Telephone |
| | |
| **SRIPLAW** | *Counsel for Defendant Premium Source Inc.* |
| 8740 Wilshire Boulevard | *d/b/a Rooster Magazine* |
| Suite 350 | |

Beverly Hills, CA 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile

and

WILLIAM S. WENZEL
info@redroadlegal.com

**RED ROAD LEGAL, PC**
7650 East Kenyon Avenue
Denver, CO 80237
888.443.5485 – Telephone

*Counsel for Plaintiff Alexander Bayonne Stross*

2