**MINUTE ENTRY FOR SETTLEMENT**

TO:     Docketing

FROM:   Magistrate Judge Scott T. Varholak

DATE:   July 26, 2021

RE:     Case #19-cv-02496-WJM-STV

    A settlement conference was held on July 26, 2021, and a settlement was reached as to all claims. The parties shall file dismissal papers or a status report by August 25, 2021.

    Settlement conference and preparation time involved: 3.5 hours.

    No record was made.