# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

CASE NO.: 1:19-cv-02496-WJM-STV

ALEXANDER BAYONNE STROSS,

    Plaintiff,

v.

PREMIUM SOURCE INC. DBA ROOSTER MAGAZINE,

    Defendant.

## STATUS REPORT ON SETTLEMENT

Plaintiff Alexander Bayonne Stross, by and through undersigned counsel, hereby updates the Court on the parties' status of settlement, and requests an additional fifteen (15) days in which to finalize settlement and file a Notice of Dismissal, and as grounds therefore states as follows:

1. Plaintiff's counsel transmitted a draft settlement agreement to counsel for defendant on August 5, 2021.

2. Counsel for defendant replied that she would respond by the next week. That response never came and the undersigned has inquired again.

3. Counsel for plaintiff believes that this lack of communication is probably attributable to August vacations and the parties ought to be able to wrap this case up in two weeks.

Dated: August 25, 2021                  Respectfully submitted,

                                                */s/ Joel B. Rothman*
                                                JOEL B. ROTHMAN

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

joel.rothman@sriplaw.com

**SRIPLAW**
21310 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Alexander Bayonne Stross*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on August 25, 2021, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

*/s/Joel B. Rothman*
Joel B. Rothman

## SERVICE LIST

Mr. Howard O. Bernstein
Ms. Amber J. Reed
Ms. Elise M. Aiken
Howard O. Bernstein P.C.
1111 Pearl Street
Suite 203
Boulder, CO 80302
howard@bernsteinattorney.com
amber@bernsteinattorney.com
elise@bernsteinattorney.com
Attorneys for Premium Source Inc. dba
Rooster Magazine and Premium Source Inc.
dba Rooster Magazine