# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02496-WJM-STV

ALEXANDER STROSS, an individual,

        Plaintiff,

v.

PREMIUM SOURCE INC., a Colorado corporation

        Defendant.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO F.R.C.P. 41(a)(1)(ii)

**COME NOW** the Plaintiff, Alexander Stross, and the Defendant, Premium Source Inc., by and through their respective attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and hereby stipulate and agree to a full dismissal with prejudice of all claims which were raised or which could have been raised between these parties in this case, with each party to bear its own court costs and attorney fees.

**WHEREFORE** the parties pray this Court for its Order in the form filed herewith, dismissing the within case with prejudice as to all claims which were raised or which could have been raised in this case, each party to bear its own court costs and attorney fees.

**DATED** this 15th day of September, 2021.

Respectfully submitted,                              Respectfully submitted,

| SRIPLAW | HOWARD O. BERNSTEIN, P.C. |
|---|---|
| By: */s/* Joel B. Rothman<br>21310 Powerline Road<br>Suite 100<br>Boca Raton, FL  33433<br>561.404.4350 – Telephone<br>561.404.4353 – Facsimile<br>joel.rothman@sriplaw.com | By: */s/ Howard O. Bernstein*<br>Howard O. Bernstein, Atty. No. 24476<br>Howard O. Bernstein, P.C.<br>1111 Pearl Street, Suite 203<br>Boulder, CO  80302<br>Tel:     (303) 494-3321<br>Fax:     (303) 544-5955<br>e-mail: howard@bernsteinattorney.com |