IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 19-cv-2496-WJM-STV

ALEXANDER STROSS,

    Plaintiffs,

v.

PREMIUM SOURCE INC., a Colorado corporation,

    Defendant.

---

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(1)(ii)**

---

This matter comes before the Court on the Parties' Stipulation of Dismissal with Prejudice Pursuant to F.R.C.P. 41(a)(1)((ii), filed September 15, 2021 (ECF No. 85). The Court having reviewed the Stipulation and being fully advised hereby ORDERS as follows:

The Parties' Stipulation of Dismissal is GRANTED. Pursuant to Rule 41(a)(1)(ii), F.R.C.P., the above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall pay his or its own attorney's fees and costs.

Dated this 15th day of September, 2021.

                                                BY THE COURT:

                                                William J. Martínez
                                                United States District Judge